```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2708
```



**FILED**

NOV 09 2010



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES | ) No. 2:10mj327 6644 |
|---|---|
| v. | ) REQUEST TO SEAL DOCUMENTS |
| UNDER SEAL | ) |

For the reasons set forth in the accompanying affidavit in support of criminal complaint, the United States requests that the arrest warrant, complaint, and complaint affidavit in the above-captioned proceeding be filed under seal and not be disclosed to any person, except that the warrant may be disclosed among law

//
//
//
//
//
//

1

enforcement and the warrant, complaint, and affidavit shall be unsealed at the time of the defendant's arrest.

Date: Nov. 8, 2010

BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew D. Segal

MATTHEW D. SEGAL
Assistant U.S. Attorney

2