1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2708

**FILED**



NOV 09 2010



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

**SEALED**

8          IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES                )   NO.
                                 )
12                               )   2:10mj 327 GGH
                                 )
13  v.                           )   ORDER RE: REQUEST TO SEAL
                                 )   DOCUMENTS
14                               )
                                 )
15  UNDER SEAL                   )
                                 )
16                               )
                                 )
17  _____)

18      Upon application of the United States of America and good cause

19  having been shown,

20      IT IS HEREBY ORDERED that the arrest warrant, complaint, and

21  complaint affidavit in the above-captioned proceeding be filed under

22  seal and not be disclosed to any person, except that the warrant may

23  be disclosed among law enforcement and the warrant, complaint, and

24  complaint affidavit shall be unsealed at the time of the defendant's

25  arrest.

26  Date: _Nov 8_ , 2010

                        _____
                        GREGORY G. HOLLOWS

                        HON. GREGORY G. HOLLOWS
28                      United States Magistrate Judge