```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2708
```



FILED

NOV 09 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | ) NO. |
|---|---|
| v. | ) 2:10mj 327 GGH |
| UNDER SEAL | ) ORDER RE: REQUEST TO SEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the arrest warrant, complaint, and complaint affidavit in the above-captioned proceeding be filed under seal and not be disclosed to any person, except that the warrant may be disclosed among law enforcement and the warrant, complaint, and complaint affidavit shall be unsealed at the time of the defendant's arrest.

Date: Nov 8, 2010

GREGORY G. HOLLOWS
_____
HON. GREGORY G. HOLLOWS
United States Magistrate Judge