```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | D.C. NO. 2:10-MJ-327 GGH |
| v. | ) | APPLICATION AND ORDER |
| | ) | FOR UNSEALING INDICTMENT |
| CHRISTOPHER JACKSON, | ) | |
| Defendant. | ) | |

On November 9, 2010, the complaint was filed in the above-referenced case. Since the defendant has now been arrested, it is no longer necessary for the complaint or this case to be sealed. The government respectfully requests that the complaint and this case be unsealed.

DATED: November 15, 2010        BENJAMIN B. WAGNER
                                United States Attorney

                                By: /s/ MATTHEW D. SEGAL
                                    MATTHEW D. SEGAL
                                    Assistant U.S. Attorney

ORDER

SO ORDERED:

DATED: November 15, 2010         /s/ Gregory G. Hollows
                                HON. GREGORY G. HOLLOWS
                                U.S. Magistrate Judge

1