

**FILED**

NOV 15 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | MAG-10-00327-GGH |
| vs. | |
| CHRISTOPHER JACKSON, | |
| Defendant. | THIRD PARTY CUSTODY |

CHRISTOPHER GLOVER, defendant herein, is placed in the custody of:

Name:         Yvette Glover

Address:      N/A

City & State: N/A

Telephone Number:   N/A

who agrees to supervise the defendant as to any restrictions on travel, association or place of abode and to use every effort to assure the appearance of the defendant at all scheduled hearings before any

court of this District and to notify the Court immediately in the event the defendant violates any condition of release or disappears.

Dated: November 15, 2010

_____
CUSTODIAN

I agree to this third party custody arrangement.

Dated: November ____, 2010

_____
DEFENDANT

APPROVED:

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE