UNSEALED

SEALED

FILED
NOV 16 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

199 5789

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

United States of America
v.
Christopher Jackson

Defendant

Case No. 2:10mj327 GGH

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Christopher Jackson,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Wire fraud

Date: 11/08/2010

GREGORY G. HOLLOWS
*Issuing officer's signature*

City and state: Sacramento, California

HON. GREGORY G. HOLLOWS, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11-9-10, and the person was arrested on *(date)* 11/15/10
at *(city and state)* Sacramento, CA.

Date: 11/15/10

_____
*Arresting officer's signature*

Richard J. Snodgrass, SA, FBI
*Printed name and title*