1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  Designated Counsel for Service
   801 I Street, 3rd Floor
3  Sacramento, California 95814
   Telephone: (916) 498-5700
4
   Attorney for Defendant
5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    ) No. Cr. S-10-327 GGH
                                )
11              Plaintiff,      )
                                ) ASSERTION OF FIFTH AND SIXTH
12       v.                     ) AMENDMENT RIGHTS
                                )
13                              )
           Christopher Jackson  )
14              Defendant.      )
                                )
15 _____  )

16      I, the above named defendant, hereby assert my Fifth and Sixth

17 Amendment rights to remain silent and to have counsel present at any

18 and all of my interactions with the government or its agents. I will

19 not waive any of my constitutional rights except in the presence of

20 counsel, and I do not want the government or its agents to contact me

21 ~~seeking my waiver of any rights unless my counsel is present.~~

22 Date: 11/15/10

23                              X _____
                                   Defendant's signature
24
                                CMARKS
25                              _____
                                Attorney's name/address printed
26                              _____
                                Attorney's signature
27

28