1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
3 Designated Counsel for Service
801 I Street, 3rd Floor
4 Sacramento, California  95814
Telephone: (916) 498-5700
5
6 Attorney for Defendant
CHRISTOPHER JACKSON
7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )  NO. CR.S-11-054-GEB
                                    )
12                  Plaintiff,        )
                                    )  **STIPULATION AND [PROPOSED] ORDER;**
13        v.                         )     **CONTINUING STATUS CONFERENCE**
                                    )        **AND EXCLUDING TIME**
14 CHRISTOPHER JACKSON,               )
                                    )  Date:  April 1, 2011
15                  Defendant.        )  Time:  9:00 a.m.
   _____  )  Judge: Hon. Garland E. Burrell Jr.
16

17      IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, MATTHEW SEGAL, Assistant United States

19 Attorney, attorney for Plaintiff, and LINDA C. HARTER, attorney for

20 CHRISTOPHER JACKSON, that the status conference hearing date of

21 February 25, 2011 be vacated, and the matter be set for status

22 conference on April 1, 2011 at 9:00 a.m.

23      The reason for this continuance is the defendant needs

24 additional time to consult with and hire private counsel and the

25 government has recently provided a prodigious amount of discovery that

26 will have to be reviewed.

27      Based upon the foregoing, the parties agree that the time under

28 the Speedy Trial Act should be excluded from the date of signing of

1    this order through and including April 1, 2011 pursuant to 18 U.S.C.

2    §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

3    T4 based upon continuity of counsel and defense preparation.

4
     DATED:  February 22, 2011.              Respectfully submitted,
5
                                             DANIEL J. BRODERICK
6                                            Federal Public Defender

7

8                                            /s/ Linda C. Harter
                                             LINDA C. HARTER
9                                            Designated Counsel for Service
                                             Attorney for CHRISTOPHER JACKSON
10

11   DATED:  February 22, 2011.              BENJAMIN WAGNER
                                             United States Attorney
12

13

14                                           /s/ Linda C. Harter for
                                             MATTHEW SEGAL
15                                           Assistant U.S. Attorney
                                             Attorney for Plaintiff

16

17

18                              ORDER

19       UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

20   ordered that the February 25, 2011,  status conference hearing be

21   continued to April 1, 2011, at 9:00 a.m.  Based on the representation

22   of defense counsel and good cause appearing there from, the Court

23   hereby finds that the failure to grant a continuance in this case would

24   deny defense counsel reasonable time necessary for effective

25   preparation, taking into account the exercise of due diligence.  The

26   Court finds that the ends of justice to be served by granting a

27   continuance outweigh the best interests of the public and the defendant

28   in a speedy trial.  It is ordered that time up to and including the

                                  2

April 1, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:

_____
GARLAND E. BURRELL JR.
United States District Judge