DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTOPHER JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-11-054-GEB |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| CHRISTOPHER JACKSON, ) | |
| ) | Date: April 1, 2011 |
| Defendant. ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. Garland E. Burrell Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW SEGAL, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, attorney for CHRISTOPHER JACKSON, that the status conference hearing date of February 25, 2011 be vacated, and the matter be set for status conference on April 1, 2011 at 9:00 a.m.

   The reason for this continuance is the defendant needs additional time to consult with and hire private counsel and the government has recently provided a prodigious amount of discovery that will have to be reviewed.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

1 this order through and including April 1, 2011 pursuant to 18 U.S.C.
2 §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
3 T4 based upon continuity of counsel and defense preparation.

DATED:   February 23, 2011.                Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Federal Public Defender


                                           /s/ Linda C. Harter
                                           LINDA C. HARTER
                                           Designated Counsel for Service
                                           Attorney for CHRISTOPHER JACKSON

DATED:   February 23, 2011.                BENJAMIN WAGNER
                                           United States Attorney


                                           /s/ Linda C. Harter for
                                           MATTHEW SEGAL
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff



                                    ORDER

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
ordered that the February 25, 2011, status conference hearing be
continued to April 1, 2011, at 9:00 a.m.  Based on the representation
of defense counsel and good cause appearing there from, the Court
hereby finds that the failure to grant a continuance in this case would
deny defense counsel reasonable time necessary for effective
preparation, taking into account the exercise of due diligence.  The
Court finds that the ends of justice to be served by granting a
continuance outweigh the best interests of the public and the defendant
in a speedy trial.  It is ordered that time up to and including the

1 April 1, 2011 status conference shall be excluded from computation of
2 time within which the trial of this matter must be commenced under the
3 Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and
4 Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  February 23, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge