```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTOPHER JACKSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>     v.                               )<br>                                      )<br>CHRISTOPHER JACKSON,                  )<br>                                      )<br>            Defendant.                )<br>_____) | NO. CR.S-11-054-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER;<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date: April 1, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW SEGAL, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, attorney for CHRISTOPHER JACKSON, that the status conference hearing date of February 25, 2011 be vacated, and the matter be set for status conference on April 1, 2011 at 9:00 a.m.

The reason for this continuance is the defendant needs additional time to consult with and hire private counsel and the government has recently provided a prodigious amount of discovery that will have to be reviewed.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

this order through and including April 1, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:  February 23, 2011.                    Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Public Defender


                                              /s/ Linda C. Harter
                                              LINDA C. HARTER
                                              Designated Counsel for Service
                                              Attorney for CHRISTOPHER JACKSON

DATED:  February 23, 2011.                    BENJAMIN WAGNER
                                              United States Attorney


                                              /s/ Linda C. Harter for
                                              MATTHEW SEGAL
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff




                                   ORDER

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 25, 2011, status conference hearing be continued to April 1, 2011, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the

April 1, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   February 23, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge