**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**
(916) 498-5700  Fax: (916) 498-5710

*Daniel J. Broderick*
*Federal Defender*

*Linda C. Harter*
*Chief Assistant Defender*

# M E M O R A N D U M

DATE:       April 1, 2011

TO:         Shani Furstenau, Courtroom Clerk to
            Honorable Garland E. Burrell

FROM:       Douglas J. Beevers, Assistant Federal Defender

SUBJECT:    Designation of Counsel
            United States v. Christopher Jackson
            2:11-CR-0054 GEB

---

Please be advised that this case has been assigned to Douglas Beevers, Assistant Federal Defender. Please remove Caro Marks and Linda Harter from your CM/ECF service list and correct your records to reflect the above change.

Please feel free to contact our office if you have any questions or concerns.