```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
 5
 6              IN THE UNITED STATES DISTRICT COURT
 7             FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,   )    CASE NO. 2:11-CR-54 GEB
                                )
10              Plaintiff,      )
                                )
11       v.                     )
                                )
12  CHRISTOPHER JACKSON,        )
                                )
13              Defendant.      )
14  UNITED STATES OF AMERICA,   )    CASE NO. 2:11-CR-171 KJM
                                )
15              Plaintiff,      )
                                )
16       v.                     )
                                )
17  GARRY BRADFORD,             )
                                )
18              Defendant.      )
                                )
19
```

## NOTICE OF RELATED CASES

The United States respectfully submits that the two above-captioned cases are related as defined by Local Rule 83-123(a)(3). Christopher Jackson's Genesis Innovations, Inc. and Garry Bradford's Millenium Capital Group were part of the same family of investment clubs. See Garry Bradford Indictment ¶ 1(c).

It is likely that these actions will involve similar questions of fact and law, and the assignment of both cases to the same Judge is likely to effect a substantial savings of judicial effort.

1

1  The United States anticipates filing at least one more case
2 related to this family of investment clubs.

						Respectfully Submitted,

						BENJAMIN B. WAGNER
						United States Attorney

DATE: April 28, 2011	By:	/s/ Matt Segal
						MATTHEW D. SEGAL
						Assistant U.S. Attorney