IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CHRISTOPHER JACKSON,<br><br>        Defendant.<br>_____ | 2:11-cr-00054-GEB<br><br>RELATED CASE ORDER |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GARRY BRADFORD,<br><br>        Defendant.<br>_____ | 2:11-cr-00171-KJM |

        On April 28, 2011, the United States of America filed a "Notice of Related Cases" in which it states:

> The United States respectfully submits that the two above-captioned cases are related as defined by Local Rule 83-123(a)(3)[sic]. Christopher Jackson's Genesis Innovations, Inc. and Garry Bradford's Millenium Capital Group were part of the same family of investment clubs. See Garry Bradford Indictment ¶ 1(c).
>
> It is likely that these actions will involve similar questions of fact and law, and the assignment of both cases to the same Judge is likely to effect a substantial savings of judicial effort.

(ECF No. 29, 1:21-28.)

1

|   |   |
|---|---|
| 1 | Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned. Therefore, action 2:11-cr-00171 is reassigned to the undersigned judge for all further proceedings, and the caption on the reassigned cases shall show the initials "GEB." Further, any dates currently set in the reassigned case are VACATED. The Clerk shall make an appropriate adjustment in the assignment of criminal cases to compensate for this reassignment. |

IT IS FURTHER ORDERED that a Status Conference is scheduled to commence at 9:00 a.m. on May 13, 2011 in action 2:11-cr-00171.

Dated:  May 6, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge