IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:11-cr-00054-GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | RELATED CASE ORDER |
| | ) | |
| CHRISTOPHER JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:11-cr-00171-KJM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GARRY BRADFORD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On April 28, 2011, the United States of America filed a "Notice of Related Cases" in which it states:

> The United States respectfully submits that the two above-captioned cases are related as defined by Local Rule 83-123(a)(3)[sic]. Christopher Jackson's Genesis Innovations, Inc. and Garry Bradford's Millenium Capital Group were part of the same family of investment clubs. See Garry Bradford Indictment ¶ 1(c).

> It is likely that these actions will involve similar questions of fact and law, and the assignment of both cases to the same Judge is likely to effect a substantial savings of judicial effort.

(ECF No. 29, 1:21-28.)

1

1    Examination of the above-entitled actions reveals that they

2 are related within the meaning of Local Rule 123. Under the regular

3 practice of this court, related cases are generally assigned to the

4 judge to whom the first filed action was assigned.  Therefore, action

5 2:11-cr-00171 is reassigned to the undersigned judge for all further

6 proceedings, and the caption on the reassigned cases shall show the

7 initials "GEB."  Further, any dates currently set in the reassigned case

8 are VACATED. The Clerk shall make an appropriate adjustment in the

9 assignment of criminal cases to compensate for this reassignment.

10    IT IS FURTHER ORDERED that a Status Conference is scheduled to

11 commence at 9:00 a.m. on May 13, 2011 in action 2:11-cr-00171.

12 Dated:  May 6, 2011

13

14    _____
   GARLAND E. BURRELL, JR.
15   United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2