```
DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS J. BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTOPHER JACKSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>CHRISTOPHER JACKSON,<br><br>        Defendant. | No. CR-S-11-0054 GEB<br><br>STIPULATION AND [PROPOSED] ORDER<br>TO CONTINUE STATUS CONFERENCE<br><br>Date:  June 10, 2011<br>Time:  9:00am<br>Judge: Hon. Garland E. Burrell, Jr. |

The parties request that the status conference in this case be continued from May 13, 2011, to June 10, 2011 at 9:00 a.m. They stipulate that the time between May 13, 2011 and June 10, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Additionally, defense counsel needs time to continue investigating the facts. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §(7)(B)(iv).

| | | |
|---|---|---|
| Dated: | May 11, 2011 | Respectfully submitted,<br><br>DANIEL J. BRODERICK<br>Federal Defender<br><br>/s/ *DOUGLAS BEEVERS*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>CHRISTOPHER JACKSON |
| Dated: | May 11, 2011 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>/s/ *Matthew Segal*<br>MATTHEW SEGAL<br>Assistant U.S. Attorney |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for May 13, 2011, be continued to June 10, 2011, at 9:00 a.m.  Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the June 10, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: May _____, 2011

Hon. Garland E. Burrell,
United States District Court Judge

Stip/Order                               -2-