```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DOUGLAS J. BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  CHRISTOPHER JACKSON
7
8             IN THE UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    ) No. CR-S-11-0054 GEB
                                )
12              Plaintiff,      ) STIPULATION AND ORDER
                                ) TO CONTINUE STATUS CONFERENCE
13       v.                     )
                                ) Date: June 10, 2011
14 CHRISTOPHER JACKSON,         ) Time: 9:00am
                                ) Judge: Hon. Garland E. Burrell,Jr.
15              Defendant.      )
                                )
16 _____)
```

17      The parties request that the status conference in this case be
18 continued from May 13, 2011, to June 10, 2011 at 9:00 a.m. They
19 stipulate that the time between May 13, 2011 and June 10, 2011 should be
20 excluded from the calculation of time under the Speedy Trial Act. The
21 parties stipulate that the ends of justice are served by the Court
22 excluding such time, so that counsel for the defendant may have
23 reasonable time necessary for effective preparation, taking into account
24 the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).
25 Additionally, defense counsel needs time to continue investigating the
26 facts. The parties stipulate and agree that the interests of justice
27 served by granting this continuance outweigh the best interests of the
28 public and the defendant in a speedy trial.  18 U.S.C. §(7)(B)(iv).

| | | |
|---|---|---|
| Dated: | May 11, 2011 | Respectfully submitted, |
| | | DANIEL J. BRODERICK<br>Federal Defender |
| | | /s/ DOUGLAS BEEVERS<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>CHRISTOPHER JACKSON |
| Dated: | May 11, 2011 | BENJAMIN B. WAGNER<br>United States Attorney |
| | | /s/ Matthew Segal<br>MATTHEW SEGAL<br>Assistant U.S. Attorney |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for May 13, 2011, be continued to June 10, 2011, at 9:00 a.m.  Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the June 10, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: May 25, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip/Order                                           -2-