DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS J. BEEVERS, U.S.V.I. #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTOPHER JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:11-cr-0054-GEB |
| Plaintiff, | |
| v. | UNOPPOSED MOTION MODIFYING CONDITIONS OF RELEASE |
| CHRISTOPHER JACKSON, | Date: NONE |
| Defendants. | Time: NONE |
| | Judge: Hon. Edmund F. Brennan |

    CHRISTOPHER JACKSON, by and through his attorney, DOUGLAS BEEVERS, Assistant Federal Defender; moves to modify the defendant's conditions of release BY STRIKING the following:

    8.    You shall submit to drug or alcohol testing as approved by the pretrial services officer;

    10.    You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer;

    As grounds for this request the parties report that Defendant has been in compliance with the pretrial conditions during the pendency of the case, and the U.S. Pretrial Services Office and the U.S. Attorney's Office have no objection to the proposed modification.

///

| | |
|---|---|
| Dated: August 26, 2011 | Respectfully submitted, |
| | DANIEL J. BRODERICK<br>Federal Defender |
| | */s/ Douglas Beevers* |
| | DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>CHRISTOPHER JACKSON |

United States of America, by and through its counsel, MATTHEW SEGAL has no objection to this motion.

| | |
|---|---|
| Dated: August 26, 2011 | BENJAMIN B. WAGNER<br>United States Attorney |
| | */s/ Matthew Segal* |
| | MATTHEW SEGAL<br>Assistant United States Attorney |

## **O R D E R**

UPON GOOD CAUSE SHOWN and that there is no objection, it is ordered that as to defendant CHRISTOPHER JACKSON's Special Conditions of Release, Special Conditions 8 and 10 are stricken.

**IT IS SO ORDERED.**

Dated: August ____, 2011

_____
Hon. Edmund F. Brennan
United States Magistrate Judge