BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
VICTOR ALVARADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR. S-11-054 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND EXCLUDE TIME |
| v. | ) | UNDER SPEEDY TRIAL ACT |
| | ) | |
| MICHAEL BOLDEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Michael Bolden, Christopher Jackson, Victor Alvarado, Erica Arceo, and Nicholo Arceo, by and through their undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Matthew Segal, that the status conference presently set for October 7, 2011 at 9:00 a.m., should be continued to January 13, 2012 at 9:00 a.m., and that time under the Speedy Trial Act should be excluded from October 7, 2011 through January 13, 2012.

The reason for the continuance is that the defendants need additional time to diligently continue their investigation and preparation of the matter for trial. 18 U.S.C. § 3161(h)(7)(B)(iv). There is substantial discovery and the issues are complicated. The government represents that its evidence includes over one hundred interview memoranda and over fifteen boxes of documents. Thus, counsel for all parties have arranged to meet at the FBI on October 13, 2011 to view the evidence and develop a reasonable plan for the defense to access the discovery and obtain copies, in a mutually agreeable format, of what documents are relevant and discoverable.  After that, the Government intends to disclose discovery according to plan and the defense intends to review and

analyze it. Accordingly, the time between October 7, 2011 and January 13, 2012 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Segal and the undersigned defense counsel have authorized Mr. Locke to sign this pleading for them.

DATED: October 5, 2011            /S/ Bruce Locke
                                  BRUCE LOCKE
                                  Attorney for Victor Alvarado

DATED: October 5, 2011            /S/ Bruce Locke
                                  For DOUGLAS BEEVERS
                                  Attorney for Christopher Jackson

DATED: October 5, 2011            /S/ Bruce Locke
                                  For TIM WARRINER
                                  Attorney for Michael Bolden

DATED: October 5, 2011            /S/ Bruce Locke
                                  For MICHAEL CHASTAINE
                                  Attorney for Erica Arceo

DATED: October 5, 2011            /S/ Bruce Locke
                                  For JAY TONEY
                                  Attorney for Nicholo Arceo

DATED: October 5, 2011            /S/ Bruce Locke
                                  For MATT SEGAL
                                  Attorney for the United States

The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: October 6, 2011

GARLAND E. BURRELL, JR.
United States District Judge

2