1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DOUGLAS J. BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

   Attorney for Defendant
   CHRISTOPHER JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-11-0054 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO STRIKE DOCKET #110-1 |
| v. | ) | |
| CHRISTOPHER JACKSON, | ) | |
| Defendant. | ) | |

The parties request that Docket No. 110-1 be ordered stricken in order to permit redaction of personal information which was inadvertently included.

Dated: June 27, 2012                Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ *DOUGLAS BEEVERS*
                                    DOUGLAS BEEVERS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    CHRISTOPHER JACKSON

Dated: June 27, 2012                BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ *Jared Dolan*
                                    JARED DOLAN
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**ORDER**

1 UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that docket no. 110-1 be stricken.

Dated: June _____, 2011

Hon. Gregory G. Hollows,
United States Magistrate Judge

Stip/Order to Strike                             –2–