```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DOUGLAS BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  CHRISTOPHER JACKSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No.   2:11 CR 00054 GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) DECLARATION OF MELVIN M. BUFORD |
| CHRISTOPHER JACKSON, | ) |
| Defendant. | ) Date: June 27, 2012<br>) Time: 2:00 p.m.<br>) Judge: Hon. Gregory G. Hollows |

I, Melvin M. Buford, declare as follows;

1. I am a staff investigator with the Office of the Federal Defender, Eastern District of California, 801 I Street, 3rd Floor, Sacramento, CA, 95814.

2. On Friday, June 22, 2012 at approximately 3:30 p.m., I contacted Jarret Lee Tarnol via telephone.

3. Mr. Tarnol works for a company titled, Tarnol Group Pictures, which is based out of Southern California.

4. I asked Mr. Tarnol if he knew an individual named, Christopher Jackson. Mr. Tarnol acknowledged knowing Mr. Jackson.

5. I asked Mr. Tarnol if he recalled selling a movie script to Mr. Jackson. Mr. Tarnol told me he did sell a movie script to Mr. Jackson.

6.     I asked Mr. Tarnol if he recalled how much he sold the movie script for. Mr. Tarnol told me, to the best of his recollection, the script was sold for $5000.00, however, he only received $4000.00 from Mr. Jackson.

7.     Finally, I asked Mr. Tarnol when did this transaction take place. Mr. Tarnol could not remember the specific date and only recalled it taken place sometime last year.

I, Melvin M. Buford, declare under penalty of perjury that the above is true and correct to the best of my knowledge and belief.

Executed in Sacrament, CA on this 26th day of June 2012.

*/s/ Melvin Buford*
Melvin M. Buford