FILED
June 27, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,     )
                              )   Case No. 2:11CR00054-GEB
            Plaintiff,        )
v.                            )   ORDER FOR RELEASE OF
                              )   PERSON IN CUSTODY
CHRISTOPHER JACKSON,          )
                              )
            Defendant.        )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  CHRISTOPHER JACKSON , Case No. 2:11CR00054-GEB , Charge  18 USC § 1343 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of $___

        ___   Unsecured Appearance Bond

        ___   Appearance Bond with 10% Deposit

        ___   Appearance Bond with Surety

        ___   Corporate Surety Bail Bond

    ✔    (Other)     Pretrial release conditions as stated on the record.

Issued at  Sacramento, CA  on  June 27, 2012  at _____ .

                              By   /s/ Gregory G. Hollows
                                   Gregory G. Hollows
                                   United States Magistrate Judge

Copy 5 - Court