Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
MICHAEL BOLDEN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>CHRISTOPHER JACKSON, et al.,<br><br>                 Defendants. | No. 2:11-CR-00054-TLN<br><br>**STIPULATION AND ORDER TO ADVANCE TRIAL CONFIRMATION HEARING, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Segal and Jared Dolan, Assistant United States Attorneys, attorneys for plaintiff; Douglas Beevers, attorney for defendant Christopher Jackson; Michael Hansen, attorney for defendant Michael Bolden; Clyde Blackmon, attorney for defendant Victor Alvarado; Michael Chastaine, attorney for defendant Erica Arceo; and J Toney, attorney for Nicholo Arceo, that the previously-scheduled trial confirmation hearing date of December 19, 2013, be vacated and the matter set for trial confirmation hearing on December 12, 2013, at 9:30 a.m.

    This continuance is requested to allow counsel adequate time to prepare pretrial motions, and to accommodate attorneys' schedules.

    The Government concurs with this request.

    Time was previously excluded to January 13, 2014, pursuant to Local Codes T2 and T4.

1

**Stipulation and Order to Advance Trial Confirmation Hearing**

1     Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

2     IT IS SO STIPULATED.

3 Dated:  October 10, 2013     Respectfully submitted,

4     /s/ Michael E. Hansen
    MICHAEL E. HANSEN
5     Attorney for Defendant
    MICHAEL BOLDEN

6

7 Dated:  October 10, 2013     HEATHER E. WILLIAMS
    Federal Defender

8     By: /s/ Michael E. Hansen for
    DOUGLAS BEEVERS
9     Attorney for Defendant
    CHRISTOPHER JACKSON

10

11 Dated:  October 10, 2013     /s/ Michael E. Hansen for
    CLYDE BLACKMON
    Attorney for Defendant
12     VICTOR ALVARADO

13 Dated:  October 10, 2013     /s/ Michael E. Hansen for
    MICHAEL CHASTAINE
14     Attorney for Defendant
    ERICA ARCEO

15

16 Dated:  October 10, 2013     /s/ Michael E. Hansen for
    J TONEY
    Attorney for Defendant
17     NICHOLO ARCEO

18 Dated:  October 10, 2013     BENJAMIN B. WAGNER
    United States Attorney
19

20     By:  /s/ Michael E. Hansen for
    MATTHEW SEGAL
    Assistant U.S. Attorney
21     Attorney for Plaintiff

22     By:  /s/ Michael E. Hansen for
    JARED DOLAN
23     Assistant U.S. Attorney
    Attorney for Plaintiff

24 / /

25 / /

26 / /

27 / /

28 / /

**Stipulation and Order to Advance Trial Confirmation Hearing**

**ORDER**

Time having been previously excluded to January 13, 2014 (trial date), the Court orders that the December 19, 2013, trial confirmation hearing shall be advanced to December 12, 2013, at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: October 11, 2013

_____
Troy L. Nunley
United States District Judge

Stipulation and Order to Advance Trial Confirmation Hearing