HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: 916.498.5700
douglas_beevers@fd.org

Attorney for Defendant
CHRISTOPHER JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case №: 11-0054-TLN |
| ) | |
| Plaintiff, ) | **DEFENSE WITNESS LIST** |
| ) | |
| vs. ) | **Date:  January 13, 2014** |
| ) | **Time:  9:00 a.m.** |
| CHRISTOPER JACKSON, ) | **Judge Troy L. Nunley** |
| ) | |
| Defendant. ) | |

Defendant, CHRISTOPHER JACKSON, by Heather E. Williams, Federal Defender, by Douglas Beevers, Assistant Federal Defender, may call the following witnesses and requests that the Court determine whether the jury knows any of these witnesses.

1. Johnny Griffin, a criminal defense attorney from Sacramento.
2. Mark Lee, a commercial and securities attorney with the Greenberg & Taurig law firm from Sacramento.
3. Erica Arceo, a commercial attorney from Lincoln, CA,  (formerly Roseville, CA).
4. Roosevelt Drummer, an accountant from Roseville, CA.
5. Florha Jones, a former nurse at Kaiser Permanente formerly resident of Sacramento.
6. William Stokes, of Sacramento.
7. William Portanova, a criminal defense attorney from Sacramento.
8. Gaurav Kalra, a civil attorney in Sacramento.
9. Tiana Burse

10. Gary Bradford, Sacramento.

11. Kellee Bradford, Sacramento.

12. Victor Alvarado

13. Pamela Alvarado, of Sacramento

14. William Stokes (also on the Government witness list).

15. Special Agent Richard Snodgrass (Government witness).

16. Robert Talmadge, (also on Government's witness list).

17. James Forman, of Sacramento.


DATED:  January 7, 2014                    HEATHER E. WILLIAMS
                                           Federal Defender

                                           *s/ Douglas Beevers*
                                           DOUGLAS BEEVERS
                                           Assistant Federal Defender
                                           Attorney for Defendant