BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
JARED C. DOLAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-054 TLN |
| Plaintiff, | FIRST AMENDED WITNESS LIST |
| v. | |
| CHRISTOPHER JACKSON, | Date: January 13, 2014<br>Time: 9:00 a.m.<br>Ctrm: Hon. Troy L. Nunley |
| Defendant. | |

The United States submits the following list of witnesses whom the Government may call during its case-in-chief:

1. Nicholo Arceo
2. Mae Bell
3. Gary Bradford
4. Jackie Bradford
5. Tara Cook
6. Jason Craig
7. Jerome Crichton
8. Lewis Forbes
9. Mark Gold

First Amended Witness List          1

10. Ron Jenanyan

11. Greg Jerue

12. Flora Jones

13. William Major

14. Vera McClain

15. Roy McFadden

16. Michael Melody

17. Maria Metz

18. John Moltzner

19. Damon Morris

20. Shari Romo

21. Jennifer Ruiz

22. Richard Snodgrass

23. Wanda Stephenson

24. William Stokes

25. Robert Talmadge

26. Diana Vincent

27. Sarah Wesley

28. Karol Widemon

29. Lynda Wright

///

///

///

///

///

First Amended Witness List                2

1 | The United States requests leave of the Court to call additional witnesses as may become
2 | appropriate or necessary during the course of the trial.

3 | Dated:  January 10, 2014          BENJAMIN B. WAGNER
         United States Attorney

 /s/ Jared Dolan
MATTHEW D. SEGAL
JARED C. DOLAN
Assistant United States Attorneys

First Amended Witness List      3