```
HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DOUGLAS BEEVERS, Bar #288639
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CHRISTOPHER JACKSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )<br>     v.                      )<br>                             )<br>CHRISTOPHER JACKSON,         )<br>                             )<br>            Defendant.       )<br>_____ ) | No. 2:11 CR 00054 TLN<br><br>DEFENDANT CHRISTOPHER JACKSON'S<br>SUPPLEMENTAL PROPOSED JURY<br>INSTRUCTIONS |

Defendant, Christopher Jackson, though counsel proposes additional jury instructions relevant to evidence discovered in the case within the past few days.

Defendant's Proposed Instruction No. ___5___

BAJI 10.85 Breach—Essential Elements

[A] [An] [unjustified] [or] [unexcused] failure to perform a contract is a breach.

The essential elements of this claim are:

1 The existence of a [valid] contract between the parties;

2 Plaintiff's performance [, unless excused];

3 Defendant's [unjustified] [or] [unexcused] failure to perform; [and]

[4 Plaintiff had the ability to perform;] [and]

[4.] [5.] Damages to plaintiff caused by the breach.

Authority: California Civil Jury Instructions (BAJI) 2013, West Committee on California Civil Jury Instructions.

GIVEN _____

GIVEN AS MODIFIED _____

REFUSED _____

WITHDRAWN _____

Proposed Jury instructions           -2-

Defendant's Proposed Instruction No. __7__

Under California Law when a contract is reduced to writing, the parties intention is ascertained from the writing alone if possible, subject to other provisions of law.

When, through fraud, mistake, or accident, a written contract fails to express the real intention of the parties, such intention is to be regarded, and the erroneous parts of the writing disregarded.

Authority: Cal. Civil Code §1639 (paragraph 1) and §1640 (para. 2).

GIVEN _____

GIVEN AS MODIFIED _____

REFUSED _____

WITHDRAWN _____

Proposed Jury instructions        -3-

Defendant's Proposed Instruction No. __8__

The following contracts are invalid, unless they, or some note or memorandum thereof, are in writing and subscribed by the party to be charged or by the party's agent:

(3) An agreement . . . for the sale of real property, or of an interest therein; such an agreement, if made by an agent of the party sought to be charged, is invalid, unless the authority of the agent is in writing, subscribed by the party sought to be charged.

(4) An agreement authorizing or employing an agent, broker, or any other person to purchase or sell real estate, or to lease real estate for a longer period than one year, or to procure, introduce, or find a purchaser or seller of real estate or a lessee or lessor of real estate where the lease is for a longer period than one year, for compensation or a commission.

Authority: Cal. Civ. Code §1624 (Statute of Frauds)

GIVEN _____

GIVEN AS MODIFIED _____

REFUSED _____

WITHDRAWN _____

Proposed Jury instructions          -4-

Dated: January 10, 2014

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS,
Federal Defender

                                              /s/ Douglas Beevers

                                              _____
DOUGLAS BEEVERS
Assistant Federal Defender
ATTORNEY FOR
CHRISTOPHER JACKSON

Proposed Jury instructions        -5-