HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: 916.498.5700
douglas_beevers@fd.org

Attorney for Defendant
CHRISTOPHER JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case №: 11-0054-TLN |
|---|---|
| Plaintiff, | **DEFENSE EXHIBIT LIST** |
| vs. | **Date:  January 13, 2014** |
| | **Time:  9:00 a.m.** |
| CHRISTOPER JACKSON, | **Judge Troy L. Nunley** |
| Defendant. | |

The defense intends to present some or all of the following exhibits in its case.

| EXHIBIT # | DOCUMENT DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| A | MAE BELL | | |
| A 1 | MB 302 Mae Bell Statement | | |
| A 2 | MB Agreement 1 | | |
| A 3 | MB Agreement 2 | | |
| B | MARIA METZ | | |
| B 1 | Metz 302 Maria Metz Statement | | |
| B 2 | Agreement 1 | | |
| B 3 | Agreement 2 | | |
| C | NICOLE ARCEO | | |
| C 1 | 302 Statement 1 | | |
| C 2 | Plea Agreement | | |
| C 3 | Contract 1 | | |
| C 4 | Security Agreement – Bolden Security Agreement | | |
| C 5 | Contract 2 | | |
| C 6 | Security Agreement 2 | | |
| C 7 | Statement 2 | | |
| C 8 | Statement 3 | | |

Exhibit List                                                   1

| EXHIBIT # | DOCUMENT DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| D | Bolden Statement Plea | | |
| E | Checks to Johnny Griffin | | |
| F | Checks to Mark Lie | | |
| G | Checks to Weintraub | | |
| H | Credit Family Agreement | | |

DATED:  January 13, 2014        HEATHER E. WILLIAMS
                                Federal Defender

                                *s/ Douglas Beevers*
                                DOUGLAS BEEVERS
                                Assistant Federal Defender
                                Attorney for Defendant

Exhibit List                       2