BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
JARED C. DOLAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:11-CR-054 TLN |
|---|---|
| Plaintiff, | SUPPLEMENTAL TRIAL MEMORANDUM ON ADVICE OF COUNSEL INSTRUCTION |
| v. | |
| CHRISTOPHER JACKSON, | Date: January 13, 2014 |
| Defendant. | Time: 9:00 a.m. Ctrm: Hon. Troy L. Nunley |

Defendant has submitted a proposed jury instruction on the effect of the advice of counsel. Defendant has now also advertised this defense in his opening. The Ninth Circuit recently addressed this issue in an investment fraud case. Even in the unlikely event that Defendant can establish the evidentiary basis for an advice-of-counsel instruction, the broader good-faith instruction given by the district court in *Bush* would subsume and obviate a specific advice-of-counsel instruction. *United States v. Bush*, 626 F.3d 527, 540 (9th Cir. 2010) ("[E]ven if Bush had established a basis for the advice-of-

//
//
//
//
//
//

counsel instruction, the broader good-faith instruction given by the district court subsumes Bush's proposed instruction.").

Dated:  January 13, 2014                                       BENJAMIN B. WAGNER
                                                               United States Attorney

                                                               /s/ Matt Segal
                                                               MATTHEW D. SEGAL
                                                               JARED C. DOLAN
                                                               Assistant United States Attorneys