# United States District Court
# Eastern District of California
Before the Honorable Troy L. Nunley

## MINUTES

| UNITED STATES OF AMERICA | Case #: 2:11-CR-0054 TLN |
|---|---|
| v. | Date: January 13, 2014 |
| | Deputy Clerk: Michele Krueger |
| CHRISTOPHER JACKSON | Ct. Reporter: Michelle Babbitt |

For the Government                     For the Defendant
Matthew Segal and Jared Dolan          Douglas Beevers

Proceedings: Jury Trial (Day 1) - Jury Selection, Opening Statements and Evidence Entered.

9:15   Counsel and all parties present. The Court conferred with the parties regarding trial and witness matters. For the reasons stated on the record, the Court denied defendant's Motion to Correct Citation in Superseding Information and Plea Agreements (ECF. 156).

Attorney Clyde Blackmon present with potential witnesses Pamela Alvardo and Victor Alvardo. The witnesses were sworn in and briefly questioned regarding their possible testimony and right to invoke the 5th Amendment. Mr. Blackmon to file with the Court a Waiver of Conflict.

9:50   The prospective jurors present and sworn. The Court began voir dire.

10:55  The prospective jurors were admonished and excused for morning recess. The Court remained in session outside the presence of the prospective jurors, except for Juror #9, with regards to a personal matter. The juror was excused for morning recess.

11:10  The Court reconvened with all parties present. The Court questioned five prospective jurors with respect to hardships.

11:15  All remaining prospective jurors present. The Court continued with voir dire.

12:14  The prospective jurors were admonished and excused for the lunch recess. Court remained in session outside the presence of the prospective jurors regarding voir dire questions.

12:20  The Court in recess for lunch.

1:15   The Court reconvened with all parties and prospective jurors present. The Court continued with voir dire. The parties conducted their peremptory challenges.

1:45   The jury (12) was selected and sworn.

2:00   Alternate jurors (2) selected and sworn.

2:05   The jury was admonished and excused for the afternoon recess. Court in recess.

3:15   The Court reconvened with all parties and jury present. The Court read its preliminary jury instructions.

3:30   Government's opening statement by Mr. Segal

3:42   Defendant's opening statement by Mr. Beevers.

4:00   Afternoon recess.

4:15   Government called witness Mae Frances Bell, sworn and testified on direct by Mr. Dolan.

4:52   Cross examination of witness Ms. Bell by Mr. Beevers.   The witness was excused.

5:21   The jury was admonished and excused for the day.   Court adjourned until 9:00 a.m. on Tuesday, January 14, 2014.


**Government's Exhibits Admitted**:   7, 7b1, 7b2, 7c, 7d, 7e