1  HEATHER E. WILLIAMS, Bar # 122664
   Federal Defender
2  DOUGLAS BEEVERS, #288639
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: 916.498.5700
   douglas_beevers@fd.org
5
   Attorney for Defendant
6  CHRISTOPHER JACKSON

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )     Case №: 11-0054-TLN
                                     )
11          Plaintiff,               )     **FIRST AMENDED DEFENSE EXHIBIT**
                                     )     **LIST**
12          vs.                      )
                                     )     **Date:  January 13, 2014**
13  CHRISTOPER JACKSON,              )     **Time:  9:00 a.m.**
                                     )     **Judge Troy L. Nunley**
14          Defendant.               )
                                     )
15

16          The defense intends to present some or all of the following exhibits in its case.

17

| EXHIBIT # | DOCUMENT DESCRIPTION | OFFERED | ADMITTED |
|-----------|----------------------|---------|----------|
| A | MAE BELL | | |
| A 1 | MB 302 Mae Bell Statement | | |
| A 2 | MB Agreement 1 | | |
| A 3 | MB Agreement 2 | | |
| B | MARIA METZ | | |
| B 1 | Metz 302 Maria Metz Statement | | |
| B 2 | Agreement 1 | | |
| B 3 | Agreement 2 | | |
| C | NICOLE ARCEO | | |
| C 1 | 302 Statement 1 | | |
| C 2 | Plea Agreement | | |
| C 3 | Contract 1 | | |
| C 4 | Security Agreement – Bolden Security Agreement | | |
| C 5 | Contract 2 | | |
| C 6 | Security Agreement 2 Arceo Security Agreement | | |
| C 7 | Statement 2 | | |
| C 8 | Statement 3 | | |

28

Exhibit List                                        1

| EXHIBIT # | DOCUMENT DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| D | Bolden Statement Plea | | |
| E | Checks to Johnny Griffin | | |
| F | Checks to Mark Lie | | |
| G | Checks to Weintraub | | |
| H 1 | Credit Facility Agreement | | |
| H 2 | KOA Partnership Agreement | | |
| I 1 | Bradford 302 | | |
| I 2 | Bradford Security Agreement | | |
| I 3 | Bradford Note | | |
| J 1 | Jackie Bradford 302 | | |
| K | Tara Cook 302 | | |
| L | Jason Craig 302 | | |
| M | Jerome Crichton 302 | | |
| N | Lewis Forbes 302 | | |
| O | R. Jenenyan 302 | | |
| P | Greg Jerue 302 | | |
| Q | William Major 302 | | |
| R | Vera McClain 302 | | |
| S | Roy McFadden 302 | | |
| T | Michael Melory 302 | | |
| U | John Moltzner 302 | | |
| V | D. Morris 302 | | |
| W | Shari Romo 302 | | |
| X | Jennifer Ruiz | | |
| Y | R. Snodgrass Affidavit | | |
| Z | W. Stephenson 302 | | |
| AA | W. Stokes 302 | | |
| BB 1 | R. Talmodge 302 | | |
| BB 2 | Talmodge Contract | | |
| CC | D. Vincent 302 | | |
| DD | S. Wesley 302 | | |
| EE | K. Widemon 302 | | |
| FF | Lynda Wright 302 | | |

DATED:  January 14, 2014

HEATHER E. WILLIAMS
Federal Defender

*s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant

Exhibit List                    2