```
 1  CLYDE M. BLACKMON (SBN 36280)
    Rothschild Wishek & Sands LLP
 2  765 University Avenue
    Sacramento, CA  95825
 3  Telephone: (916) 444-9845

 4  Attorneys for Defendant
    VICTOR ALVARADO
 5

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                    EASTERN DISTRICT OF CALIFORNIA

10
11  UNITED STATES OF AMERICA,        Case No.: 2:11-CR-0054 GEB

12          Plaintiff,
                                     [PROPOSED] ORDER REGARDING
13      vs.                          WAIVER OF POTENTIAL CONFLICT
                                     OF INTEREST
14  CHRISTOPHER JACKSON,

15          Defendant.

16
```

17    GOOD CAUSE APPEARING based on the attached letter signed by
18 Clyde M. Blackmon, Victor Alvarado and Pamela Alvarado
19 explaining the potential conflict of interest between Victor
20 Alvarado and Pamela Alvarado, and Victor Alvarado and Pamela
21 Alvarado having waived the potential conflict of interest, it is
22 ordered that Clyde M. Blackmon and the law firm of Rothschild
23 Wishek & Sands, LLP may represent Victor Alvarado and Pamela
24 Alvarado in connection with their claims of Fifth Amendment
25 privilege against self-incrimination raised in response to the
26 subpoenas that were served upon them in the matter of United
27
28

States of America v. Christopher Jackson, Case No, Cr. S: 11-cr-0054 TLN.

IT IS SO ORDERED.

DATED: _____        _____
                                TROY L. NUNLEY,
                                UNITED STATES DISTRICT COURT JUDGE

LAW OFFICES OF

# ROTHSCHILD WISHEK & SANDS LLP
765 UNIVERSITY AVENUE
SACRAMENTO, CALIFORNIA 95825

TELEPHONE (916) 444-9845
FACSIMILE (916) 640-0027

M. BRADLEY WISHEK
SHANNON V. BAKER
CLYDE M. BLACKMON
ADAM J. RICHARDS
ZACHARY T. SCHULTZ

*Of Counsel*
MICHAEL ROTHSCHILD
QUIN DENVIR
KENDALL DAWSON WASLEY

*Retired*
MICHAEL S. SANDS

January 10, 2014

**HAND-DELIVERED 1/13/14**
Victor Alvarado
Pamela Alvarado

Re:   Waiver of Conflict of Interest

Dear Mr. and Mrs. Alvarado:

You have both been subpoenaed to appear as witnesses for the defense in the case of the United States of America v. Christopher Jackson. Based upon my knowledge of the government's case against Mr. Jackson acquired in my representation of Mr. Alvarado, I believe that you both may claim your Fifth Amendment privilege against self-incrimination in response to the subpoenas which have been served upon you. I would be happy to represent both of you in regard to your assertion of the privilege.

However, you should understand that there is at least a potential conflict of interest between you. The conflict could arise if your claim of privilege is denied and you both testify. In that event you both might provide information that would implicate the other in possible criminal conduct. In that event, the same lawyer could not represent both of you because he or she could not serve the best interests of one of you without at least potentially harming the other.

Therefore, in order for me to represent both of you in connection with your claims of privilege it is necessary that you be informed in writing of the potential conflict of interest and that you consent to my representation despite the conflict.

Sincerely,

CLYDE M. BLACKMON

CMB/bh

We understand the potential conflict of interest between us and nevertheless consent to Clyde M. Blackmon and the law firm of Rothschild Wishek & Sands, LLP representing both of us in connection with our claim of Fifth Amendment privilege in response to the subpoenas which have been served upon us in the case of United States of America v. Christopher Jackson.

Dated: January 13, 2014

_____
Victor Alvarado

Dated: January 13, 2014

_____
Pamela Alvarado