# United States District Court
# Eastern District of California
Before the Honorable Troy L. Nunley

## MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | Case #: 2:11-CR-0054 TLN |
| v. | Date: January 14, 2014 |
| | Deputy Clerk: Michele Krueger |
| CHRISTOPHER JACKSON | Ct. Reporter: Michelle Babbitt |

For the Government          For the Defendant
Matthew Segal and Jared Dolan    Douglas Beevers

Proceedings: Jury Trial (Day 2) – Evidence Continued


9:11   Counsel and all parties present.  The Court conferred with the parties regarding witness testimony.

9:22   Jury present.  The Government read into the read a Stipulation between the parties regarding third party documents.

9:23   Government called witness John Moltzner, sworn and testified on direct by Mr. Dolan.

9:52   Cross examination of witness Mr. Moltzner by Mr. Beevers.

10:15  Re-direct of witness Mr. Moltzner by Mr. Dolan.  The witness was excused.

10:17  Government called witness Damon Morris, sworn and testified on direct by Mr. Segal.

10:30  Morning recess.

10:45  The Court reconvened with all parties and jury present; continued with direct examination of witness Mr. Morris.

11:28  Cross examination of witness Mr. Morris by Mr. Beevers.

11:39  Re-direct of witness Mr. Morris by Mr. Segal; re-cross.  The witness was excused.

11:44  Government called witness Nicholo Arceo, sworn and testified on direct by Mr. Segal.

12:00  Court in recess for lunch.

1:22   The Court reconvened with all parties and jury present; continued with direct examination of witness Mr. Arceo.

1:41   Cross examination of witness Mr. Arceo by Mr. Beevers.

2:46   Afternoon recess.

3:06   Re-direct of witness Mr. Arceo by Mr. Segal.

3:15   Re-cross of witness Mr. Arceo by Mr. Beevers.   The witness was excused.

3:20   Government called witness Robert Talmadge, sworn and testified on direct by Mr. Dolan.

3:40   Cross examination of witness Mr. Talmadge by Mr. Beevers.

3:58   Re-direct of witness Mr. Talmadge by Mr. Dolan.   The witness was excused.

4:00   Government called witness Vera McClain, sworn and testified on direct by Mr. Dolan.

4:25   Cross examination of witness Ms. McClain by Mr. Beevers.

4:36   Re-direct of witness Ms. McClain by Mr. Dolan. The witness was excused.

4:37   The jurors were admonished and excused for the day. Court adjourned until 9:00 a.m. on Wednesday, January 15, 2014.

**Government's Exhibits Admitted**:   230, 231, 233, 234, 235, 240, 241, 241(a), 242, 243, 180, 181, 182, 183, 184, 280

**Defendant's Exhibits Admitted:** C4, C6