IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:11-CR-054 TLN |
|---|---|
| Plaintiff, | GOVERNMENT'S PROPOSED VERDICT FORM |
| v. | |
| CHRISTOPHER JACKSON, | |
| Defendants. | |

WE, THE JURY, FIND THE DEFENDANT, CHRISTOPHER JACKSON, AS FOLLOWS:

AS TO COUNT SIX OF THE SUPERSEDING INDICTMENT:

<u>GUILTY</u>   <u>NOT GUILTY</u>

_____   _____   Wire Fraud, in violation of Title 18, United States Code, Section 1343, to wit: wire transmission dated August 23, 2006, in the amount of $149,880.00, related to John A.

AS TO COUNT SEVEN OF THE SUPERSEDING INDICTMENT:

<u>GUILTY</u>   <u>NOT GUILTY</u>

_____   _____   Wire Fraud, in violation of Title 18, United States Code, Section 1343, to wit: wire transmission dated April 30, 2007, in the amount of $21,790.50, related to Mae B.

AS TO COUNT EIGHT OF THE SUPERSEDING INDICTMENT:

<u>GUILTY</u>   <u>NOT GUILTY</u>

_____   _____   Wire Fraud, in violation of Title 18, United States Code, Section 1343, to wit: wire transmission dated June 29, 2007, in the amount of $180,639.30, related to Lynda W.

Government's Proposed Verdict Form                    1

AS TO COUNT NINE OF THE SUPERSEDING INDICTMENT:

<u>GUILTY</u>   <u>NOT GUILTY</u>

_____   _____   Wire Fraud, in violation of Title 18, United States Code, Section 1343, to wit: wire transmission dated November 30, 2007, in the amount of $240,000.00, related to Maria M.

AS TO COUNT TEN OF THE SUPERSEDING INDICTMENT:

<u>GUILTY</u>   <u>NOT GUILTY</u>

_____   _____   Wire Fraud, in violation of Title 18, United States Code, Section 1343, to wit: wire transmission dated July 9, 2008, in the amount of $295,000.00, related to Wanda S.

AS TO COUNT ELEVEN OF THE SUPERSEDING INDICTMENT:

<u>GUILTY</u>   <u>NOT GUILTY</u>

_____   _____   Wire Fraud, in violation of Title 18, United States Code, Section 1343, to wit: wire transmission dated August 8, 2006, in the amount of $200,000.00, related to Diana V.