# United States District Court

# Eastern District of California

Before the Honorable Troy L. Nunley

## MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER JACKSON | Case #: 2:11-CR-0054 TLN<br>Date: January 15, 2014<br>Deputy Clerk: Michele Krueger<br>Ct. Reporter: Michelle Babbitt |

For the Government          For the Defendant
Matthew Segal and Jared Dolan    Douglas Beevers

Proceedings: Jury Trial (Day 3) – Evidence Continued

9:10   All parties and jury present.  Government called witness William Major, III, sworn and testified on direct by Mr. Segal.

9:34   Cross examination of witness Mr. Major by Mr. Beevers.

10:17  Re-direct of witness Mr. Major by Mr. Segal.

10:28  Re-cross of witness Mr. Major by Mr. Beeves.   The witness was excused.

10:35  Morning recess.

10:57  The Court reconvened with all parties and jury present; Government called witness Lynda Wright, sworn and testified on direct by Mr. Segal.

11:28  Cross examination of witness Ms. Wright by Mr. Beevers.

11:48  Re-direct of witness Ms. Wright by Mr. Segal. The witness was excused.

12:00  Court in recess for lunch.

1:15   The Court reconvened with all parties and jury present; Government called witness Roy McFadden, sworn and testified on direct by Mr. Segal.

1:55   Cross examination of witness Mr. McFadden by Mr. Beevers. The witness was excused.

2:15    Afternoon recess.

2:34    The Court reconvened with all parties and jury present; Government called witness Maria Paula Metz, sworn and testified on direct by Mr. Dolan.

2:57    Cross examination of witness Ms. Metz by Mr. Beevers.   The witness was excused.

3:10    Government called witness Diana Vincent, sworn and testified on direct by Mr. Dolan.

3:25    Cross examination of witness Ms. Vincent by Mr. Beevers; re-direct. The witness was excused.

3:30    The jurors admonished and excused for the day. Court adjourned until 2:00 p.m. on Thursday, January 16, 2014.

**Government's Exhibits Admitted**:   10g, 8, 8b, 8d, 8h, 192, 193, 194, 195, 202, 203, 204, 207, 9, 9b1, 9b2, 9b3, 9c, 9d, 9f, 9h, 11, 11e, 11h