1  CLYDE M. BLACKMON (SBN 36280)
   Rothschild Wishek & Sands LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845

4  Attorneys for Defendant
   VICTOR ALVARADO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-0054 TLN |
|---|---|
| Plaintiff, | ORDER REGARDING WAIVER OF POTENTIAL CONFLICT OF INTEREST |
| vs. | |
| CHRISTOPHER JACKSON, | |
| Defendant. | |

GOOD CAUSE APPEARING based on the attached letter signed by Clyde M. Blackmon, Victor Alvarado and Pamela Alvarado explaining the potential conflict of interest between Victor Alvarado and Pamela Alvarado, and Victor Alvarado and Pamela Alvarado having waived the potential conflict of interest, it is ordered that Clyde M. Blackmon and the law firm of Rothschild Wishek & Sands, LLP may represent Victor Alvarado and Pamela Alvarado in connection with their claims of Fifth Amendment privilege against self-incrimination raised in response to the subpoenas that were served upon them in the matter of United

- 1 -

ORDER REGARDING WAIVER OF POTENTIAL CONFLICT OF INTEREST

States of America v. Christopher Jackson, Case No, Cr. S: 11-cr-0054 TLN.

IT IS SO ORDERED.

Dated: January 15, 2014

                                          Troy L. Nunley
                                          United States District Judge

ORDER REGARDING WAIVER OF POTENTIAL CONFLICT OF INTEREST