1 CLYDE M. BLACKMON (SBN 36280)
  Rothschild Wishek & Sands LLP
2 765 University Avenue
  Sacramento, CA  95825
3 Telephone: (916) 444-9845

4 Attorneys for Defendant
  VICTOR ALVARADO

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-0054 TLN |
|---|---|
| Plaintiff, | ORDER REGARDING WAIVER OF POTENTIAL CONFLICT OF INTEREST |
| vs. | |
| CHRISTOPHER JACKSON, | |
| Defendant. | |

GOOD CAUSE APPEARING based on the attached letter signed by Clyde M. Blackmon, Victor Alvarado and Pamela Alvarado explaining the potential conflict of interest between Victor Alvarado and Pamela Alvarado, and Victor Alvarado and Pamela Alvarado having waived the potential conflict of interest, it is ordered that Clyde M. Blackmon and the law firm of Rothschild Wishek & Sands, LLP may represent Victor Alvarado and Pamela Alvarado in connection with their claims of Fifth Amendment privilege against self-incrimination raised in response to the subpoenas that were served upon them in the matter of United

States of America v. Christopher Jackson, Case No, Cr. S: 11-cr-0054 TLN.

    IT IS SO ORDERED.

Dated: January 15, 2014

                                        Troy L. Nunley
                                        United States District Judge

ORDER REGARDING WAIVER OF POTENTIAL CONFLICT OF INTEREST