HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DOUGLAS BEEVERS, Bar #288639
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTOPHER JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11 CR 00054 TLN |
|---|---|
| Plaintiff, | ) |
| v. | ) DEFENDANT CHRISTOPHER JACKSON'S ) SUPPLEMENTAL PROPOSED JURY ) INSTRUCTION |
| CHRISTOPHER JACKSON, | ) |
| Defendant. | ) |

Defendant, Christopher Jackson, though counsel proposes an additional jury instructions relevant to evidence introduced at trial. Several of the government's witnesses have testified regarding their participation in religious institutions.  It is critical that their religious actions and beliefs in no way influence the jury or affect the jury's determination of witness credibility.  Accordingly, the

//

//

defense proposes the additional instruction below.

Dated: January 10, 2014

                                   Respectfully submitted,

                                   HEATHER E. WILLIAMS,
                                   Federal Defender

                                   /s/ Douglas Beevers

                                   _____
                                   DOUGLAS BEEVERS
                                   Assistant Federal Defender
                                   ATTORNEY FOR
                                   CHRISTOPHER JACKSON

Defendant's Proposed Instruction No. _____

    You may not consider any evidence of a witness's religious belief or opinions in determining that witness's credibility.

Authority:   Federal Rule of Evidence 610.

GIVEN _____

GIVEN AS MODIFIED _____

REFUSED _____

WITHDRAWN _____

Proposed Jury Instruction            -3-