# United States District Court
# Eastern District of California
Before the Honorable Troy L. Nunley

## MINUTES

UNITED STATES OF AMERICA

v.

CHRISTOPHER JACKSON

Case #: 2:11-CR-0054 TLN
Date: January 16, 2014
Deputy Clerk: Michele Krueger
Ct. Reporter: Michelle Babbitt

For the Government               For the Defendant
Matthew Segal and Jared Dolan    Douglas Beevers

Proceedings: Jury Trial (Day 4) – Evidence Continued

2:32   All parties and jury present.   The Government called witness Michael Melody, sworn and testified on direct by Mr. Segal.

2:43   Cross examination of witness Mr. Melody by Mr. Beevers

2:59   Re-direct of witness Mr. Melody by Mr. Segal.   The witness was excused.

3:02   Government called witness Ronald Jenanyan, sworn and testified on direct Mr. Dolan.

3:14   Cross examination of witness Mr. Jenanyan by Mr. Beevers

3:18   Re-direct of witness Mr. Jenanyan by Mr. Dolan; Re-cross.   The witness was excused.

3:26   Government called witness Jennifer Ruiz, sworn and testified on direct Mr. Dolan.

3:33   Cross examination of witness Ms. Ruiz by Mr. Beevers;

3:41   Re-direct of witness Ms. Ruiz by Mr. Dolan.   The witness was excused.

3:44   Afternoon recess.

4:01   The Court reconvened with all parties present;   Government called witness Wanda Stephenson, sworn and testified on direct by Mr. Segal.

4:25   Cross examination of witness Ms. Stephenson by Mr. Beevers.

4:32   Re-direct of witness Ms. Stephenson by Mr. Segal.   The witness was excused.

4:35   The jurors were admonished and excused for the day.   The Court remained in session outside the presence of the jury regarding evidentiary issues.

5:10    Court adjourned until 9:00 a.m. on Friday, January 17, 2014.

**Government's Exhibits Admitted**:   211, 212, 228, 229 , 10, 10b1, 10b2, 10b3, 10d, 10h