HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: 916.498.5700
douglas_beevers@fd.org

Attorney for Defendant
CHRISTOPHER JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 11-0054-TLN |
| --- | --- | --- |
| Plaintiff, | ) ) ) | **SECOND AMENDED DEFENSE EXHIBIT LIST** |
| vs. | ) ) | **Date:  January 13, 2014** |
| CHRISTOPER JACKSON, | ) ) | **Time:  9:00 a.m.** |
| Defendant. | ) ) ) | **Judge Troy L. Nunley** |

The defense intends to present some or all of the following exhibits in its case.

| EXHIBIT # | DOCUMENT DESCRIPTION | OFFERED | ADMITTED |
| --- | --- | --- | --- |
| A | MAE BELL | 1/13/14 | |
| A 1 | MB 302 Mae Bell Statement | | |
| A 2 | MB Agreement 1 | | |
| A 3 | MB Agreement 2 | | |
| B | MARIA METZ | | |
| B 1 | Metz 302 Maria Metz Statement | | |
| B 2 | Agreement 1 | | |
| B 3 | Agreement 2 | | |
| C | NICOLE ARCEO | | |
| C 1 | 302 Statement 1 | | |
| C 2 | Plea Agreement | | |
| C 3 | Contract 1 | | |
| C 4 | Security Agreement – Bolden Security Agreement | 1/14/14 | 1/14/14 |
| C 5 | Contract 2 | | |
| C 6 | Security Agreement 2 Arceo Security Agreement | 1/14/14 | 1/14/14 |
| C 7 | Statement 2 | | |
| C 8 | Statement 3 | | |

Exhibit List                                             1

| EXHIBIT # | DOCUMENT DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| D | Bolden Statement Plea | | |
| E | Checks to Johnny Griffin | | |
| F | Checks to Mark Lie | | |
| G | Checks to Weintraub | | |
| H 1 | Credit Facility Agreement | | |
| H 2 | KOA Partnership Agreement | 1/14/14 | |
| I 1 | Bradford 302 | | |
| I 2 | Bradford Security Agreement | | |
| I 3 | Bradford Note | | |
| J 1 | Jackie Bradford 302 | | |
| K | Tara Cook 302 | | |
| L | Jason Craig 302 | | |
| M | Jerome Crichton 302 | | |
| N | Lewis Forbes 302 | | |
| O | R. Jenenyan 302 | 1/16/14 | |
| P | Greg Jerue 302 | | |
| Q | William Major 302 | 1/15/14 | |
| R | Vera McClain 302 | | |
| S | Roy McFadden 302 | 1/15/14 | |
| T | Michael Melory 302 | | |
| U | John Moltzner 302 | 1/14/14 | |
| V | D. Morris 302 | | |
| W | Shari Romo 302 | | |
| X | Jennifer Ruiz | | |
| Y | R. Snodgrass Affidavit | | |
| Z | W. Stephenson 302 | 1/16/14 | |
| AA | W. Stokes 302 | | |
| BB 1 | R. Talmodge 302 | 1/14/14 | |
| BB 2 | Talmodge Contract | | |
| CC | D. Vincent 302 | | |
| DD | S. Wesley 302 | | |
| EE | K. Widemon 302 | | |
| FF | Lynda Wright 302 | 1/15/14 | |
| GG | 7/23/08 email from Arceo – Letter of Intent | | |
| HH | 7/14/08 email from Kalra | | |
| II | 6/27/08 email from Arceo-Sycamore Projects | | |
| JJ | 5/2/08 email from Lynette Esparza | | |
| KK | 11/13/08 Mark Lee memo | | |
| LL | 7/08/08 email from Arceo | | |
| MM | 7/7/08 email from Romo | | |
| NN | 12/6/08 email from Arceo | | |
| OO | 11/29/07 email from Kalra | | |
| PP | 10/29/07 email from Mark Lee | | |
| QQ | 10/24/07 Genesis Engagement letter | | |

Exhibit List                              2

| EXHIBIT # | DOCUMENT DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| RR | 5/31/07 email from Milena to Romo | | |
| SS | 11/12/07 email from Arceo | | |
| TT | 5/2/08 email from Lynette Esparza | | |
| UU | 3/4/11 Erica Arceo signed statement | | |
| VV | None | | |
| WW | Erica Arceo Plea Agreement | | |
| XX | None | | |
| YY | 1/16/07 email from Arceo | 1/17/14 | 1/17/14 |
| ZZ | 5/2/08 email from Lynette Esparza | 1/17/14 | 1/17/14 |
| AAA | 10/29/07 email from Mark Lee | | |
| BBB | 11/12/07  Mark Lee Memo | | |
| CCC | 7/25/08 email from Mark Lee | | |
| DDD | 3/5/07 email from Arceo | | |
| EEE | 6/13/07 email from Milena | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

DATED:  January 21, 2014         HEATHER E. WILLIAMS
                                 Federal Defender

                                 *s/ Douglas Beevers*_____
                                 DOUGLAS BEEVERS
                                 Assistant Federal Defender
                                 Attorney for Defendant