# United States District Court
# Eastern District of California
Before the Honorable Troy L. Nunley

## MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER JACKSON | Case #: 2:11-CR-0054 TLN<br>Date: January 17, 2014<br>Deputy Clerk: Michele Krueger<br>Ct. Reporter: Michelle Babbitt |

For the Government                    For the Defendant
Matthew Segal and Jared Dolan         Douglas Beevers

Proceedings: Jury Trial (Day 5) – Evidence Continued


9:10    All parties and jury present.   The Government offered exhibits into evidence and read into evidence a stipulation on wirings through Fed Wire (Govt. Exhibit 4).

9:27    Government called witness Tara Cook, sworn and testified on direct by Mr. Segal.

10:35   Morning recess.

10:56   The Court reconvened with all parties and jury present; Cross examination of witness Ms. Cook by Mr. Beevers.

12:02   The jurors were excused for the lunch recess. The Court remained in session outside the presence of the jury regarding witness testimony.

12:09   Court in recess for lunch.

1:23    The Court reconvened with all parties and jury present; Re-direct of witness Ms. Cook by Mr. Segal.

1:36    Re-cross of witness Ms. Cook by Mr. Beevers.   The witness was excused.

1:38    The Government rest their case.

1:39    (Side Bar:   Defendant made an oral Motion for Acquittal, and for the reasons stated on the record, the Motion was Denied).

1:49    Defendant called witness Roosevelt Drummer, sworn and testified on direct by Mr. Beevers.

1:58    Government briefly voir dire the witness.

2:05    Afternoon recess.

2:16    The Court reconvened with all parties and jury present; continued with direct examination of Mr. Drummer. The witness was excused.

2:20    Jury excused for a short recess.  The Court remains in session outside the presence of the jury regarding witness testimony.

2:44    Jury present.   Defendant called witness Erica Arceo, sworn and testified on direct by Mr. Beevers.

3:25    Afternoon recess.

4:05    Court reconvened with with all parties and jury present; Cross examination of Ms. Arceo by Mr. Dolan.

4:15    The jurors admonished and excused for the day. Court adjourned until 9:00 a.m. on Tuesday, January 21, 2014.


**Government's Exhibits Admitted**:   1b. 2, 3, 4, 6, 6a, 6d, 6e, 6f, 7a, 7f, 8a, 9a, 10a

**Defendant's Exhibits Admitted**:   YY