# United States District Court
# Eastern District of California
Before the Honorable Troy L. Nunley

## MINUTES

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case #: 2:11-CR-0054 TLN |
|  | Date: January 21, 2014 |
| CHRISTOPHER JACKSON | Deputy Clerk: Michele Krueger |
|  | Ct. Reporter: Michelle Babbitt |

For the Government                     For the Defendant
Matthew Segal and Jared Dolan          Douglas Beevers

Proceedings: Jury Trial (Day 6) – Evidence Continued

9:13   Counsel and all parties present. The Court conferred with the parties regarding witness testimony and evidence to be introduced.

10:45  Morning recess.

11:03  Jury present. Defendant called defendant/witness Christopher Jackson, sworn and testified on direct by Mr. Beevers.

12:12  The jurors were excused for the lunch recess. The Court remained in session outside the presence of the jury regarding witness testimony.

12:14  Court in recess for lunch.

1:23   The Court reconvened with all parties and jury present; cross examination of Mr. Jackson by Mr. Segal.

2:20   Afternoon recess.

2:39   The Court reconvened with all parties and jury present; continued cross examination of Mr. Jackson by Mr. Segal.

3:35   Re-cross of Mr. Jackson by Mr. Beevers.

3:52   Re-direct of Mr. Jackson by Mr. Segal. The defendant/witness was excused.

3:55   Afternoon recess.

4:08   The Court reconvened with all parties and jury present; Defendant called witness Mark Lee, sworn and testified on direct by Mr. Beevers.

4:12  Cross examination of witness Mr. Lee by Mr. Segal.

4:20  Re-direct of the witness Mr. Lee by Mr. Beevers.   The witness was excused.

4:30  The jurors were admonished and excused for the day.   Jury to return at 9:30 a.m. on Wednesday, January 22, 2014.

4:30  The Court remained in session outside the presence of the jury regarding jury instructions.

5:40  Court adjourned until 8:30 a.m. on Wednesday, January 22, 2014 to further discuss jury instructions.

**Government's Exhibits Admitted**: (11a – Previously admitted on 1/17/14), 6c1, 10c, 400

**Defendant's Exhibits Admitted**:   H1, KK-First Page