IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>CHRISTOPHER JACKSON,<br><br>           Defendants. | 2:11-CR-054 TLN<br><br>GOVERNMENT'S PROPOSED VERDICT FORM |

   WE, THE JURY, FIND THE DEFENDANT, CHRISTOPHER JACKSON, AS FOLLOWS:

AS TO COUNT SIX OF THE SUPERSEDING INDICTMENT:

<u>GUILTY</u>   <u>NOT GUILTY</u>

_____    _____         Wire Fraud, in violation of Title 18, United States Code, Section 1343, to wit: wire transmission dated August 23, 2006, in the amount of $149,880.00, related to John Ayers

AS TO COUNT SEVEN OF THE SUPERSEDING INDICTMENT:

<u>GUILTY</u>   <u>NOT GUILTY</u>

_____    _____         Wire Fraud, in violation of Title 18, United States Code, Section 1343, to wit: wire transmission dated April 30, 2007, in the amount of $21,790.50, related to Mae Bell

AS TO COUNT EIGHT OF THE SUPERSEDING INDICTMENT:

<u>GUILTY</u>   <u>NOT GUILTY</u>

_____    _____         Wire Fraud, in violation of Title 18, United States Code, Section 1343, to wit: wire transmission dated June 29, 2007, in the amount of $180,639.30, related to Lynda Wright

AS TO COUNT NINE OF THE SUPERSEDING INDICTMENT:

<u>GUILTY</u>     <u>NOT GUILTY</u>

_____     _____          Wire Fraud, in violation of Title 18, United States Code, Section 1343, to wit: wire transmission dated November 30, 2007, in the amount of $240,000.00, related to Maria Metz

AS TO COUNT TEN OF THE SUPERSEDING INDICTMENT:

<u>GUILTY</u>     <u>NOT GUILTY</u>

_____     _____          Wire Fraud, in violation of Title 18, United States Code, Section 1343, to wit: wire transmission dated July 9, 2008, in the amount of $295,000.00, related to Wanda Stephenson

AS TO COUNT ELEVEN OF THE SUPERSEDING INDICTMENT:

<u>GUILTY</u>     <u>NOT GUILTY</u>

_____     _____          Wire Fraud, in violation of Title 18, United States Code, Section 1343, to wit: wire transmission dated August 8, 2006, in the amount of $200,000.00, related to Diana Vincent

Government's Proposed Verdict Form          2