# United States District Court
# Eastern District of California
Before the Honorable Troy L. Nunley

## MINUTES

UNITED STATES OF AMERICA

v.

CHRISTOPHER JACKSON

Case #: 2:11-CR-0054 TLN
Date: January 22, 2014
Deputy Clerk: Michele Krueger
Ct. Reporter: Michelle Babbitt

For the Government             For the Defendant
Matthew Segal and Jared Dolan   Douglas Beevers

Proceedings: Jury Trial (Day 7) – Closing Arguments, Jury Instructions Given Jury, Deliberations

| Time | Event |
|---|---|
| 8:51 | Counsel and all parties present. The Court conferred with the parties regarding witness testimony and jury instructions. |
| 9:40 | Morning recess. |
| 9:57 | Jury present. Defendant rest their case. Defendant makes an oral Rule 29 Motion, and the Motion Denied. |
| 9:58 | Government's closing argument by Mr. Dolan. |
| 10:41 | Defendant's closing argument by Mr. Beevers. |
| 11:37 | Morning recess. |
| 11:50 | Government's rebuttal argument by Mr. Segal. |
| 12:22 | Court in recess for lunch. |
| 1:52 | The Court reconvened with all parties and jury present. The Court gave final jury instructions. |
| 2:13 | Jury began deliberating. |
| 4:30 | Jurors excused until 9:00 a.m. on Thursday, January 23, 2014. |