# United States District Court
# Eastern District of California
Before the Honorable Troy L. Nunley

## MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER JACKSON | Case #: 2:11-CR-0054 TLN<br>Date: January 23, 2014<br>Deputy Clerk: Michele Krueger<br>Ct. Reporter: Michelle Babbitt |

For the Government          For the Defendant
Matthew Segal and Jared Dolan     Douglas Beevers

Proceedings: Jury Trial (Day 8) – Jury Deliberations and Verdict

9:00   Jury continued with deliberations.

10:55  The Court reconvened with counsel, parties and all jurors present. The jury returned with a returned with a unanimous verdict.   The jury found Defendant Guilty as to Counts 6 through 11 of the Superseding Indictment.

11:10  The Court thanked and excused the jury.

11:12  Judgment and Sentencing for the Defendant set for **Thursday, April 10, 2014, at 9:30 a.m**. Defendant was remanded to the custody of the USM.

11:15  Court adjourned.