# GOVERNMENT'S EXHIBIT LIST

### UNITED STATES v. CHRISTOPHER JACKSON
### 2:11-CR-0054-TLN

| EXH # | DOCUMENT DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 1 | Summary of Investors' Deposits and Receipts | | |
| 1b | Summary of Jackson Investors | 1/17/14 | 1/17/14 |
| 2 | Summary of Investor Deposits versus Possible Expenditures on Land Development (**with attachments**) | 1/17/14 | 1/17/14 |
| 3 | Pie chart and spread sheet on Expenditures from Genesis Account | 1/17/14 | 1/17/14 |
| 4 | Stipulation on third party business records | 1/17/14 | 1/17/14 |
| 5 | Stipulation on wirings through FedWire | | |
| | COUNT SIX – John Ayers | | |
| 6 | Wire Instructions dated August 23, 2006, in the amount of $149,880 regarding John Ayers | 1/17/14 | 1/17/14 |
| 6a | Summary Chart | 1/17/14 | 1/17/14 |
| 6b1 | Promissory Note dated August 1, 2006, in the amount of $150,000 | | |
| 6b2 | Promissory Note dated July 1, 2006, in the amount of $50,000 | | |
| 6c1 | Security Agreement dated August 1, 2006, between Genesis Innovations, Inc., and John Ayers | 1/21/14 | 1/21/14 |
| 6c2 | Security Agreement dated August 7, 2006, between Genesis Innovations, Inc., and John Ayers | | |
| 6d | Entrust documents | 1/17/14 | 1/17/14 |
| 6e | Mortgage Settlement documents regarding $50,000 to Genesis Innovations, Inc. | 1/17/14 | 1/17/14 |
| 6f | Death certificate for John Ayers | 1/17/14 | 1/17/14 |
| | COUNT SEVEN – Mae Bell | | |
| 7 | Wire Instructions dated April 30, 2007, in the amount of $21,790.50 regarding Mae Bell | 1/13/14 | 1/13/14 |
| 7a | Summary Chart | 1/17/14 | 1/7/14 |
| 7b1 | Promissory Note dated May 1, 2007, in the amount of $21,790.50 regarding Mae Bell | 1/13/14 | 1/13/14 |
| 7b2 | Promissory Note dated May 23, 2007, in the amount of $319,000 regarding Mae Bell (attached is another wire instruction dated May 29, 2007 in the amount of $319,000) | 1/13/14 | 1/13/14 |
| 7c | Security Agreement dated May 23, 2007, between Genesis Innovations, Inc., and Mae Bell | 1/13/14 | 1/13/14 |
| 7d | Entrust documents | 1/13/14 | 1/13/14 |
| 7e | Mortgage Settlement Documents | 1/13/14 | 1/13/14 |
| 7f | Bank of America statement for Genesis Innovations, Inc., reflecting amounts above | 1/17/14 | 1/17/14 |
| | COUNT EIGHT – Lynda Wright | | |
| 8 | Wire Instructions dated June 29, 2007, in the amount of $180,639.30 regarding Lynda Wright | 1/15/14 | 1/15/14 |
| 8a | Summary Chart | 1/17/14 | 1/17/14 |

| | | | | |
|---|---|---|---|---|
| 8b | Promissory Note dated June 25, 2007, in the amount of $180,759.30 regarding Lynda Wright | **1/15/14** | **1/15/14** |
| 8d | Entrust documents | **1/15/14** | **1/15/14** |
| 8h | Bank of America statement for Genesis Innovations | **1/15/14** | **1/15/14** |
| | COUNT NINE – MARIA METZ | | |
| 9 | Wire Instructions dated November 30, 2007, in the amount of $240,000.00 regarding Maria Metz | **1/15/14** | **1/15/14** |
| 9a | Summary Chart | **1/17/14** | **1/17/14** |
| 9b1 | Promissory Note dated November 30, 2007, in the amount of $240,000.00 regarding Maria Metz (Entrust provided) | **1/15/14** | **1/15/14** |
| 9b2 | Promissory Note dated January 4, 2008, in the amount of $65,000 regarding Maria Metz (Entrust provided) | **1/15/14** | **1/15/14** |
| 9b3 | Promissory Note dated April 18, 2008, in the amount of $72,500 regarding Maria Metz (victim provided) | **1/15/14** | **1/15/14** |
| 9c | Security Agreement dated November 30, 2007 between Genesis Innovations, Inc., and Maria Metz | **1/15/14** | **1/15/14** |
| 9d | Entrust documents | **1/15/14** | **1/15/14** |
| 9f | Retirement Account | **1/15/14** | **1/15/14** |
| 9h | Bank of America statement for Genesis Innovations, Inc., reflecting amounts above | **1/15/14** | **1/15/14** |
| | COUNT TEN – WANDA STEPHENSON | | |
| 10 | Wire Instruction dated September 8, 2008 , in the amount of $295,000, regarding Wanda Stephenson  (victim provided) | **1/16/14** | **1/16/14** |
| 10a | Summary Chart | **1/17/14** | **1/17/14** |
| 10b1 | Promissory Note dated July 9, 2008, in the amount of $295,000 regarding Wanda Stephenson | **1/16/14** | **1/16/14** |
| 10b2 | Promissory Note dated July 25, 2008, in the amount of $15,000 regarding Wanda Stephenson | **1/16/14** | **1/16/14** |
| 10b3 | Promissory Note dated August 1, 2008, in the amount of $10,000 regarding Wanda Stephenson | **1/16/14** | **1/16/14** |
| 10c | Security Agreement dated May 21, 2008 between Genesis Innovations, Inc., and Wanda Stephenson | **1/21/14** | **1/21/14** |
| 10d | Entrust documents (victim provided) | **1/16/14** | **1/16/14** |
| 10g | Handwritten notes for Wanda Stephenson re investment | **1/15/14** | **1/15/14** |
| 10h | Bank of America statement for Genesis Innovations Inc., reflecting amounts above | **1/16/14** | **1/16/14** |
| | COUNT 11 – DIANA VINCENT | | |
| 11 | Wire Instructions dated August 8, 2006, in the amount of $200,000 and May 10, 2007 in the amount of $50,000 regarding Diana Vincent | **1/15/14** | **1/15/14** |
| 11a | Summary Chart | **1/17/14** | **1/17/14** |
| 11b | Promissory Note dated August 8, 2006, in the amount of $200,000 | | |
| 11c | Security Agreement dated August 8, 2006 between Genesis Innovations, Inc., and Diana Vincent | | |
| 11e | Mortgage Settlement documents (provided by First American Title) | **1/15/14** | **1/15/14** |
| 11g | Emails / statements (Uniform Residential Loan App / Closing Stmt) | | |
| 11h | Bank of America statement for Genesis Innovations, Inc., reflecting amounts of $200,000 and $50,000 | **1/15/14** | **1/15/14** |

| | | | | |
|---|---|---|---|---|
| | | EXHIBITS NOT RELATED TO PARTICULAR WIRINGS | | |
| | 100 | **Nicholo Arceo** plea agreement | | |
| | 120 | **Garry Bradford** plea agreement | | |
| | 130 | Wire Instructions dated February 12, 2007 in the amount of $196,000 regarding **Lawrence Crichton** | | |
| | 131 | Promissory Note dated January 25, 2007 in the amount of $196,000 regarding Lawrence Crichton | | |
| | 132 | Security Agreement dated January 25, 2007 between Equishare Capital Group and Lawrence Crichton | | |
| | 133 | Entrust documents | | |
| | 140 | Wire Instructions dated 1/23/2008 in the amount of $182,943 from **Ron Jenanyan**'s Entrust account | | |
| | 141 | Wire Instructions dated 1/23/2008 in the amount of $26,000 from Valerie Jenanyan's Entrust account | | |
| | 142 | Personal check dated 1/16/2008 from Ron Jenanyan to Genesis Innovations in the amount of $22,000 | | |
| | 143 | Personal check dated 1/16/2008 from Ron Jenanyan to Genesis Innovations in the amount of $14,000 | | |
| | 144 | Personal check dated 1/17/2008 from Ron Jenanyan to Genesis Innovations in the amount of $30,000 | | |
| | 145 | Personal check dated 1/16/2008 from Ron Jenanyan to Genesis Innovations in the amount of $22,000 | | |
| | 146 | Deposit slip for four personal checks listed above in the amount of $100,000 | | |
| | 147 | Personal check dated 6/16/2008 in the amount of $40,000 | | |
| | 148 | Deposit slip for personal check listed above in the amount of $40,000 | | |
| | 149 | Promissory note dated 1/18/2008 in the amount of $137,000 | | |
| | 150 | Ron Jenanyan Promissory note dated 6/18/2008 in the amount of $40,000 | | |
| | 151 | Promissory note dated 1/18/2008 in the amount of $26,000 | | |
| | 152 | Promissory note dated 1/18/2008 in the amount of $187,000 | | |
| | 153 | Security Agreement dated 1/18/2008 | | |
| | 154 | Security Agreement dated 6/18/2008 | | |
| | 155 | Security Agreement dated 1/18/2008 | | |
| | 156 | Security Agreement dated 1/18/2008 | | |
| | 157 | Bank of America statement for Genesis Innovations, Inc., dated 1/23/2008 reflecting $182,943 and $26,000 and also covers exhibits 153-157 | | |
| | 158 | Bank of America statement for Genesis Innovations, Inc., dated 6/18/2008 reflecting $40,000 and also covers exhibits 158-159 | | |
| | 159a | Withdrawal slip dated January 24, 2008 and cashier's check in the amount of $10,000 made payable to Darlene Record | | |
| | 159b | Withdrawal slip dated January 23, 2008 and cashier's checks in the amounts of $5,000, $20,000, $21,000, and $7,000 made payable to Palisades, Marcia Rudnick, Van Horssen, and Joy Ketsavong | | |
| | 160 | Wire Instructions dated March 2, 2007 in the amount of $295,000 regarding **Gregg Jerue** refinance | | |

| | | | | |
|---|---|---|---|---|
| 161 | Promissory Note dated September 10, 2007 in the amount of $410,058.79 between Gregg Jerue and Equishare Capital Group, Inc. | | |
| 162 | Security Agreement dated April 10, 2007 between Koa Weaver Estates, Inc., and Equishare Capital Group, Inc. | | |
| 163 | Entrust Documents | | |
| 164 | Mortgage Settlement documents | | |
| 165 | Bank records | | |
| 170 | **William Major** | | |
| 180 | Cashier's checks payable to Genesis Innovations dated 4/2/2008 in the amount of $40,000 regarding **Vera McClain** | 1/14/14 | 1/14/14 |
| 181 | Bank of America statement for Genesis Innovations Inc., dated 4/2/2008 in the amount of $40,000 | 1/14/14 | 1/14/14 |
| 182 | Withdrawal slip dated April 7, 2008 in the amount of $1,000 (cash) | 1/14/14 | 1/14/14 |
| 183 | Withdrawal slip dated April 4, 2008 and cashier's check in the amount of $1,250 made payable to Ron Ruiz | 1/14/14 | 1/14/14 |
| 184 | Promissory Note dated April 2, 2008, in the amount of $40,000 (plus interest) between Genesis Innovations, Inc., and Clyde & Vera McClain | 1/14/14 | 1/14/14 |
| 190 | Wire Instructions dated May 29, 2007 in the amount of $800,000 regarding **Roy McFadden** | | |
| 191 | Wire Instructions dated August 1, 2008 in the amount of $572,000 regarding Roy McFadden | | |
| 192 | Promissory Note dated May 23, 2007 in the amount of $800,000 | 1/15/14 | 1/15/14 |
| 193 | Promissory Note dated August 1, 2008 in the amount of $572,000 | 1/15/14 | 1/15/14 |
| 194 | Promissory Note dated November 25, 2008 in the amount of $55,000 | 1/15/14 | 1/15/14 |
| 195 | Promissory Note dated April 1, 2006 in the amount of $350,000 | 1/15/14 | 1/15/14 |
| 196 | Security Agreement dated April 1, 2006 between Genesis Innovations, Inc., and the McFadden's | | |
| 197 | Promissory Note dated May 23, 2007 in the amount of $600,000 | | |
| 198 | Security Agreement dated May 23, 2007 between Genesis Innovations, Inc., and the McFadden's | | |
| 199 | Entrust documents for Roy McFadden | | |
| 200 | Entrust documents from Carolyn McFadden | | |
| 201 | Mortgage Settlement documents | | |
| 202 | Bank of America statements for Genesis Innovations, Inc., reflecting Roy McFadden's wire in the amount of $800,000 | 1/15/14 | 1/15/14 |
| 203 | Bank of America statements for Genesis Innovations, Inc., reflecting Carolyn McFadden's wire in the amount of $572,000 | 1/15/14 | 1/15/14 |
| 204 | Bank of America statement for Genesis Innovations. Inc., reflecting re-financing proceeds of $100,000 for 2964 Birmingham Drive and $200,000 for 4727 Arno Court | 1/15/14 | 1/15/14 |
| 205 | Genesis Innovations check #1144, in the amount of $2,962 made payable to Wayne Brenner Consulting | | |
| 206 | Genesis Innovations check #1145, in the amount of $2,000 made payable to Britney Thorton | | |
| 207 | Genesis Innovations check #1552, in the amount of $3,259 made payable to Carolyn Wilson | 1/15/14 | 1/15/14 |

| | | | | |
|---|---|---|---|---|
| 210 | Cashier's Check dated December 12, 2007 in the amount of $30,000 For **Michael and Linda Melody** | | |
| 211 | Promissory Note dated December 12, 2007 in the amount of $30,000 | 1/16/14 | 1/16/14 |
| 212 | Security Agreement dated December 12, 2007 between Koa Weaver Estates and the Melodys | 1/16/14 | 1/16/14 |
| 213 | Cashier's Check dated February 15, 2008 in the amount of $18,000 purchased with two cash advances on Visa accounts for $9,000 each | | |
| 214 | Cashier's Check dated February 15, 2008 in the amount of $22,000 purchased with two cash advances on Visa accounts for $11,000 each | | |
| 215 | Promissory Note dated February 15, 2008 in the amount of $40,000 | | |
| 216 | Security Agreement dated February 15, 2008 between Koa Weaver Estates and the Melody's | | |
| 217 | Promissory Note dated April 14, 2008 in the amount of $10,000 | | |
| 218 | Security Agreement dated April 16, 2008 between Koa Weaver Estates and the Melody's | | |
| 219 | Cashier's Check dated June 12, 2008 in the amount of $30,000 | | |
| 220 | Promissory Note dated June 13, 2008 in the amount of $30,000 | | |
| 221 | Cashier's Check dated July 1, 2008 in the amount of $50,000 | | |
| 222 | Promissory Note dated July 1, 2008 in the amount of $50,000 | | |
| 223 | Cashier's check dated July 28, 2008 in the amount of $25,000 | | |
| 224 | Promissory Note dated July 28, 2008 in the amount of $25,000 | | |
| 225 | Cashier's check dated September 9, 2008 in the amount of $25,000 | | |
| 226 | Promissory Note dated September 10, 2008 in the amount of $25,000 | | |
| 227 | Cashier's check dated October 14, 2008 in the amount of $20,000 | | |
| 228 | Promissory Note dated October 14, 2008 in the amount of $20,000 | 1/16/14 | 1/16/14 |
| 229 | Security Agreement dated October 14, 2008 between Koa Weaver Estates and the Melodys | 1/16/14 | 1/16/14 |
| 229a | Genesis Innovations check $1304, in the amount of $5,000 made payable to Palisades | | |
| 229b | Withdrawal slip dated December 13, 2007 in the amount of $1,500 cash | | |
| 229c | Genesis Innovations check #1301, in the amount of $805.32 made payable to Mae Bell | | |
| 229d | Genesis Innovations check $1499, in the amount of $8,000 made payable to Wayne Brenner Consulting | | |
| 229e | Wire transfer of $5,313 to Ethelda Lopez | | |
| 229f | Genesis Innovations check #1485, in the amount of $5,000 made payable to Veronica Corranza | | |
| 229g | Genesis Innovations check #1491, in the amount of $5,000 made payable to Brenner Consulting | | |
| 229h | Genesis Innovations check #1488, in the amount of $4,189 made payable to Deborah Simpson | | |
| 229i | Genesis Innovations check #1545, in the amount of $3,977.28 made payable to Mae Bell | | |
| 229k | Genesis Innovations Bank of America statement reflecting above deposit and withdrawal activity | | |

5

| | | | | |
|---|---|---|---|---|
| 1 | 230 | Wire information dated 4/11/2006 in the amount of $250,000 regarding **John Moltzner** | **1/14/14** | **1/14/14** |
| 2 | 231 | Alliance Title Company Mortgage Settlement Statement dated 4/10/2006 and Loan Application dated 4/5/2006 re: Re-fi of 3525 Marsh Creek Way, Elk Grove, CA  (John Moltzner) | **1/14/14** | **1/14/14** |
| 3 | 232 | Settlement Agreement and Mutual Release | | |
| 4 | 233 | Bank of America statement for Genesis Innovations Inc., dated 4/11/2006 reflecting $250,000 (John Moltzner) | **1/14/14** | **1/14/14** |
| 5 | 234 | Bank of America statement for Blueprint Entertainment dated April 13, 2006 | **1/14/14** | **1/14/14** |
| 6 | 235 | Bank of America statement for Blueprint Entertainment  dated April 10, 2006 | **1/14/14** | **1/14/14** |
| 7 | 240 | Promissory Note for **King Morris** dated 2/11/2008 | **1/14/14** | **1/14/14** |
| 8 | 241 | Bank of America statement for Genesis Innovations Inc., reflecting $120,000 deposit of King Morris' money dated 2/12/2008 | **1/14/14** | **1/141/4** |
| 9 | 241a | Bank of America statement | **1/14/14** | **1/14/14** |
| 10 | 242 | Withdrawal slip dated Feburayr 12, 2008 showing $5,000 payment to Palisade | **1/14/14** | **1/14/14** |
| 11 | 243 | Genesis Innovations check #1358, in the amount of $2,180 made payable to Brenner Consulting | **1/14/14** | **1/14/14** |
| 12 | 250 | Wire information dated 3/9/2006 in the amount of $50,000 regarding **Shari Romo** | | |
| 13 | 251 | Wire information dated 9/5/2006 in the amount of $29,899.05 | | |
| 14 | 252 | Promissory Note dated 8/2/2006 in the amount of $30,019.05 | | |
| 15 | 253 | Security Agreement dated 8/6/2006 between Genesis Innovations Inc. and Entrust FBO for Shari Romo | | |
| 16 | 254 | Entrust documents | | |
| 17 | 255 | Mortgage Settlement documents from First American Title for 635 Schooner Ridge Drive in Dixon CA dated 3/17/2006 in the amount of $50,000 to Genesis Innovations Inc. | | |
| 18 | 256 | Retirement Account information from Ceridian statement dated 1/1/2006 | | |
| 19 | 257 | Bank of America statement for Genesis Innovations, Inc., reflecting $50,000 dated 3/9/2006 | | |
| 20 | 258 | Bank of America statement for Genesis Innovations, Inc., reflecting $29,899.05 dated 9/5/2006 | | |
| 21 | 259a | Bank of America statement for Blueprint Entertainment dated February 10, 2006 | | |
| 22 | 259b | Bank of America statement for Blueprint Entertainment dated March 16, 2006 | | |
| 23 | 259c | Withdrawal slip dated September 6, 2006 an dcashier's check in the amount of $21,000 made payable to Van Scoggins | | |
| 24 | 260 | Wire information dated 2/12/2007 in the amount of $400,000 regarding **Jennifer Ruiz** refinance | | |

| | | | |
|---|---|---|---|
| 261 | Wells Fargo cashier's check dated 4/6/2007 in the amount of $100,000 payable to Koa Weaver Estates and deposit slip dated 4/9/2007 for Koa Weaver Estates purchase by Palisades Management Group | | |
| 262 | Mortgage Settlement Statement dated 2/13/2007 for 8640 Sparta Lane | | |
| 263 | Bank of America statement for Genesis Innovations, Inc., dated 2/12/2007 reflecting $400,000 regarding Jennifer Ruiz | | |
| 264 | Handwritten notes by Chris Jackson | | |
| 270 | Promissory Note dated December 6, 2005 in the amount of $50,000 For **Robert & Imelda Talmadge** | | |
| 271 | Security Agreement dated December 6, 2005 between Envision Capital Group, Inc., and the Talmadges | | |
| 272 | Promissory Note dated March 15, 2007 in the amount of $156,555.72 | | |
| 273 | Security Agreement dated April 7, 2006 between Koa Weaver Estates and the Talmadges | | |
| 274 | Promissory Note dated February 5, 2008 in the amount of $51,914.47 | | |
| 275 | Security Agreement dated February 5, 2008 between Koa Weaver Estates and the Talmadges | | |
| 276 | Entrust documents for Robert Talmadge | | |
| 280 | Color pictures of Christopher Jackson's backyard | **1/14/14** | **1/14/14** |
| 300 | Why Invest in Land?  Sheet with graph lines | | |
| 400 | Photograh of receipt for watch purchased with $15 K cash at Gerbitus & Sons | **1/21/14** | **1/21/14** |