## DEFENDANT'S EXHIBIT LIST

### UNITED STATES v. CHRISTOPHER JACKSON
### 2:11-CR-0054-TLN

| EXHIBIT # | DOCUMENT DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| A | MAE BELL | | |
| A 1 | MB 302 Mae Bell Statement | 1/13/14 | |
| A 2 | MB Agreement 1 | | |
| A 3 | MB Agreement 2 | | |
| B | MARIA METZ | | |
| B 1 | Metz 302 Maria Metz Statement | | |
| B 2 | Agreement 1 | | |
| B 3 | Agreement 2 | | |
| C | NICOLE ARCEO | | |
| C 1 | 302 Statement 1 | | |
| C 2 | Plea Agreement | | |
| C 3 | Contract 1 | | |
| C 4 | Security Agreement – Bolden Security Agreement | 1/14/14 | 1/14/14 |
| C 5 | Contract 2 | | |
| C 6 | Security Agreement 2 Arceo Security Agreement | 1/14/14 | 1/14/14 |
| C 7 | Statement 2 | | |
| C 8 | Statement 3 | | |
| D | Bolden Statement Plea | | |
| E | Checks to Johnny Griffin | | |
| F | Checks to Mark Lee | | |
| G | Checks to Weintraub | | |
| H 1 | Credit Facility Agreement | 1/21/14 | 1/21/14 |
| H 2 | KOA Partnership Agreement | | |
| I 1 | Bradford 302 | | |
| I 2 | Bradford Security Agreement | | |
| I 3 | Bradford Note | | |
| J 1 | Jackie Bradford 302 | | |
| K | Tara Cook 302 | | |
| L | Jason Craig 302 | | |
| M | Jerome Crichton 302 | | |
| N | Lewis Forbes 302 | | |
| O | R. Jenenyan 302 | | |
| P | Greg Jerue 302 | | |
| Q | William Major 302 | | |
| R | Vera McClain 302 | | |
| S | Roy McFadden 302 | | |
| T | Michael Melory 302 | | |
| U | John Moltzner 302 | | |

| | | | |
|---|---|---|---|
| V | D. Morris 302 | | |
| W | Shari Romo 302 | | |
| X | Jennifer Ruiz | | |
| Y | R. Snodgrass Affidavit | | |
| Z | W. Stephenson 302 | | |
| AA | W. Stokes 302 | | |
| BB 1 | R. Talmodge 302 | | |
| BB 2 | Talmodge Contract | | |
| CC | D. Vincent 302 | | |
| DD | S. Wesley 302 | | |
| EE | K. Widemon 302 | | |
| FF | Lynda Wright 302 | | |
| GG | 7/23/08 email from Arceo – Letter of Intent | | |
| HH | 7/14/08 email from Kalra | | |
| II | 6/27/08 email from Arceo-Sycamore Projects | | |
| JJ | 5/2/08 email from Lynette Esparza | | |
| KK | 11/13/08 Mark Lee memo | **1/17/14** | **1/21/14 (First Page Only)** |
| LL | 7/08/08 email from Arceo | | |
| MM | 7/7/08 email from Romo | | |
| NN | 12/6/08 email from Arceo | | |
| OO | 11/29/07 email from Kalra | | |
| PP | 10/29/07 email from Mark Lee | | |
| QQ | 10/24/07 Genesis Engagement letter | | |
| RR | 5/31/07 email from Milena to Romo | | |
| SS | 11/12/07 email from Arceo | | |
| TT | 5/2/08 email from Lynette Esparza | | |
| UU | 3/4/11 Erica Arceo signed statement | | |
| VV | None | | |
| WW | Erica Arceo Plea Agreement | | |
| XX | None | | |
| YY | 1/16/07 email from Arceo | **1/17/14** | **1/17/14** |
| ZZ | 5/2/08 email from Lynette Esparza | **1/17/14** | |
| AAA | 10/29/07 email from Mark Lee | | |
| BBB | 11/12/07  Mark Lee Memo | | |
| CCC | 7/25/08 email from Mark Lee | | |
| DDD | 3/5/07 email from Arceo | | |
| EEE | 6/13/07 email from Milena | | |