| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| Plaintiff, | |
| v. | CASE NO. **2:11–CR–00054–TLN** |
| **CHRISTOPHER JACKSON , ET AL.,** | SCHEDULE FOR DISCLOSURE OF PRE–SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE–SENTENCE REPORT |
| Defendant. | |

    The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Date of referral to Probation Officer: | **1/23/2014** |
| Judgment and sentencing date: | **4/10/2014** |
| Reply or statement of non–opposition: | **4/3/2014** |
| Motion for correction of the Pre–Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | **3/27/2014** |
| The Pre–Sentence Report shall be filed with the court and disclosed to counsel no later than: | **3/20/2014** |
| Counsel's written objections to the Pre–Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **3/13/2014** |
| The Proposed Pre–Sentence Report shall be disclosed to counsel no later than: | **2/27/2014** |
| Copies of this schedule given this date in court to: | AUSA – Defense Counsel – USPO |

    Dated:   January 23, 2014                 By:  /s/  M. Krueger
                                                                                 COURTROOM CLERK