UNITED STATES DISTRICT COURT

For The

EASTERN DISTRICT OF CALIFORNIA

**FILED**
JAN 23 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

| UNITED STATES OF AMERICA |
| v. |
| CHRISTOPHER JACKSON |

CASE #:   2:11-CR-0054 TLN

## NOTE FROM THE JURY

Date: January 23, 2014

Time: 10:25 AM

**THE JURY HAS REACHED A UNANIMOUS VERDICT** YES

**THE JURY REQUESTS THE FOLLOWING:**

Dated 1/23/14          Presiding Juror  Alan S Jones