

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:11-CR-054 TLN |
|---|---|
| Plaintiff, | VERDICT FORM |
| v. | |
| CHRISTOPHER JACKSON, | |
| Defendants. | |

WE, THE JURY, FIND THE DEFENDANT, CHRISTOPHER JACKSON, AS FOLLOWS:

AS TO COUNT SIX OF THE SUPERSEDING INDICTMENT:

GUILTY    NOT GUILTY

__YES__    _____

Wire Fraud, in violation of Title 18, United States Code, Section 1343, to wit: wire transmission dated August 23, 2006, in the amount of $149,880.00, related to John Ayers

AS TO COUNT SEVEN OF THE SUPERSEDING INDICTMENT:

GUILTY    NOT GUILTY

__YES__    _____

Wire Fraud, in violation of Title 18, United States Code, Section 1343, to wit: wire transmission dated April 30, 2007, in the amount of $21,790.50, related to Mae Bell

AS TO COUNT EIGHT OF THE SUPERSEDING INDICTMENT:

GUILTY    NOT GUILTY

__YES__    _____

Wire Fraud, in violation of Title 18, United States Code, Section 1343, to wit: wire transmission dated June 29, 2007, in the amount of $180,639.30, related to Lynda Wright

Verdict Form

1

AS TO COUNT NINE OF THE SUPERSEDING INDICTMENT:

| GUILTY | NOT GUILTY | |
|---|---|---|
| YES | ___ | Wire Fraud, in violation of Title 18, United States Code, Section 1343, to wit: wire transmission dated November 30, 2007, in the amount of $240,000.00, related to Maria Metz |

AS TO COUNT TEN OF THE SUPERSEDING INDICTMENT:

| GUILTY | NOT GUILTY | |
|---|---|---|
| YES | ___ | Wire Fraud, in violation of Title 18, United States Code, Section 1343, to wit: wire transmission dated July 9, 2008, in the amount of $295,000.00, related to Wanda Stephenson |

AS TO COUNT ELEVEN OF THE SUPERSEDING INDICTMENT:

| GUILTY | NOT GUILTY | |
|---|---|---|
| YES | ___ | Wire Fraud, in violation of Title 18, United States Code, Section 1343, to wit: wire transmission dated August 8, 2006, in the amount of $200,000.00, related to Diana Vincent |

JANUARY 23, 2014
DATED

[signature]
FOREPERSON

Verdict Form                                     2