UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RECEIPT FOR EXHIBITS

FILED
JAN 2 3 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

CASE #: 2:11-CR-0054-TLN

CASE TITLE: UNITED STATES v. CHRISTOPHER JACKSON

EXHIBITS RETURNED: All exhibits identified and admitted during trial.

================================================================

**RECEIVED BY GOVERNMENT:**

Jared Dolan                 [signature]              1/23/14
Print Name                  Signature                Date

**RECEIVED BY DEFENDANT:**

Douglas Beevers             [signature]              1/23/14
Print Name                  Signature                Date


[signature]                                          1/23/14
DEPUTY CLERK - Michele Krueger                       Date

***PLEASE RETURN THIS RECEIPT TO THE OFFICE OF THE CLERK***

**NOTE:** If exhibits are subsequently required for an appeal, review or new trial, it shall be the specific responsibility of the recipient to maintain the exhibits for that purpose.