# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____   U.S. District Court Case No. 2:11-CR-00054-TLN

Short Case Title US v. Christopher Jackson, et al.

Date Notice of Appeal Filed by Clerk of District Court _____

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (Please Specify) |
|---|---|---|
| 1/14/14 | Michelle Babbitt | Trial testimony of Nicholo Arceo, Robert Talmadge |
| 1/15/14 | Michelle Babbitt | Trial testimony of William Major III |
| 1/17/14 | Michelle Babbitt | Trial testimony of Tara Cook, Roosevelt Drummer and Erica Arceo |
| 1/21/14 | Michelle Battitt | Trial testimony of Christopher Jackson |

(attach additional page for designations if necessary)

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☐ As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☑ As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered 3/27/14

Type or Print Name Michael E. Hansen

Signature of Attorney _____   Phone Number (916) 438-7711

Address: 711 9th Street, Suite 100, Sacramento, CA  95814

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(Signature of court reporter)

☐ Arrangements for payment were made on _____

☐ Arrangements for payment have not been made pursuant to FRAP 10(b). _____

_____ Approximate Number of Pages in Transcript - Due Date _____

**SECTION C** - To be completed by court reporter
When the transcript is filed, complete this copy and submit it to the U.S. District Court with the completed transcript. District Court will not file the transcript without this completed form.

Date Transcript Filed _____   Court Reporter's Signature _____

**SECTION D**
U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

_____   BY: _____
(U.S. District Court Clerk)          (date)              DEPUTY CLERK