J TONEY
State Bar No. 43143
Attorney at Law

P.O. Box 1515
Woodland, CA  95695
530 666 1908
yoloconflict@aol.com

Attorney for Nicholo Arceo

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>NICHOLO ARCEO<br><br>             Defendant. | Cr. No.  S-11-54 GEB<br><br>**STIPULATION AND [PROPOSED]**<br><br>**ORDER TERMINATING  PRETRIAL SERVICES SUPERVISION** |

   Upon the recommendation of Pretrial Services, due to his record of compliance, the parties stipulate that the Pretrial Service supervision of Nicholo Arceo shall be terminated.  The unsecured bond previously posted shall remain in effect and the passport heretofore surrendered shall remain in the custody of the Court.

Dated June 29, 2014


   /s/  MATTHEW SEGAL                                  /s/  J TONEY

      Matthew Segal                                              J Toney

   Assistant U.S, Attorney                          Attorney for Nicholo Arceo

1

[PROPOSED]  ORDER

Good cause appearing, upon stipulation of the parties, it is ordered that supervision by Pretrial Services of Nicholo Arceo is terminated.  The unsecured bond previously posted by him in this case shall remain in effect and the passport surrendered by him shall remain in the Court's custody.

IT IS SO ORDERED


Dated June _____, 2014          _____ _____
                                        UNITED STATES MAGISTRATE JUDGE