BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
JARED C. DOLAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-54 TLN; 2:11-CR-00171 TLN |
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR J&S; [PROPOSED] ORDER |
| v. | |
| MICHAEL BOLDEN, et al, | DATE: August 15, 2014
TIME: 9:00 a.m.
COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for Judgment and Sentencing on August 15, 2014.

2. By this stipulation, the parties now move to continue Judgment and Sentencing until September 12, 2014 at 9:00 a.m.

3. The parties agree that any informal objections to the PSRs be filed not later than August 22, 2014, that the FINAL pre-sentence reports be disclosed not later than August 27, 2014, that any Motions to Correct the PSRs be filed not later than September 3, 2014, and that any responses to those motions be filed not later than September 9, 2014.

IT IS SO STIPULATED.

Dated: August 12, 2014                     BENJAMIN B. WAGNER
                                           United States Attorney


                                           /s/ JARED C. DOLAN
                                           JARED C. DOLAN
                                           Assistant United States Attorney




Dated: August 12, 2014                     /s/ Jared Dolan for
                                           MICHAEL HANSEN
                                           Counsel for Defendant
                                           MICHAEL BOLDEN


Dated: August 12, 2014                     /s/ Jared Dolan for
                                           DOUGLAS BEEVERS
                                           Counsel for Defendant
                                           CHRISTOPHER JACKSON


Dated: August 12, 2014                     /s/ Jared Dolan for
                                           CLYDE BLACKMON
                                           Counsel for Defendant
                                           VICTOR ALVARADO


Dated: August 12, 2014                     /s/ Jared Dolan for
                                           ANTHONY WILLIAMS
                                           Counsel for Defendant
                                           ERICA ARCEO


Dated: August 12, 2014                     /s/ Jared Dolan for
                                           J. TONEY
                                           Counsel for Defendant
                                           NICHOLO ARCEO


Dated: August 12, 2014                     /s/ Jared Dolan for
                                           PETE KMETO
                                           Counsel for Defendant
                                           GARRY BRADFORD

**[PROPOSED] FINDINGS AND ORDER**

IT IS SO ORDERED this _____ day of _____, 2014

_____
THE HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE