BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
JARED C. DOLAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BOLDEN, et al,<br><br>Defendants. | CASE NO. 2:11-CR-54 TLN & 2:11-CR-00171 TLN<br><br>**STIPULATION REGARDING SCHEDULE FOR JUDGMENT AND SENTENCING; ORDER**<br><br>DATE: August 15, 2014<br>TIME: 9:00 a.m.<br>COURT: Hon. Troy L. Nunley |
|---|---|

**STIPULATION**

1. By previous order, this matter was set for Judgment and Sentencing on August 15, 2014.

2. By this stipulation, the parties now move to continue Judgment and Sentencing until September 12, 2014 at 9:00 a.m.

3. The parties agree that any informal objections to the PSRs be filed not later than August 22, 2014, that the FINAL pre-sentence reports be disclosed not later than August 27, 2014, that any Motions to Correct the PSRs be filed not later than September 3, 2014, and that any responses to those motions be filed not later than September 9, 2014.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: August 12, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>/s/ JARED C. DOLAN<br>JARED C. DOLAN<br>Assistant United States Attorney |
| Dated: August 12, 2014 | /s/ Jared Dolan for<br>MICHAEL HANSEN<br>Counsel for Defendant<br>MICHAEL BOLDEN |
| Dated: August 12, 2014 | /s/ Jared Dolan for<br>DOUGLAS BEEVERS<br>Counsel for Defendant<br>CHRISTOPHER JACKSON |
| Dated: August 12, 2014 | /s/ Jared Dolan for<br>CLYDE BLACKMON<br>Counsel for Defendant<br>VICTOR ALVARADO |
| Dated: August 12, 2014 | /s/ Jared Dolan for<br>ANTHONY WILLIAMS<br>Counsel for Defendant<br>ERICA ARCEO |
| Dated: August 12, 2014 | /s/ Jared Dolan for<br>J. TONEY<br>Counsel for Defendant<br>NICHOLO ARCEO |
| Dated: August 12, 2014 | /s/ Jared Dolan for<br>PETE KMETO<br>Counsel for Defendant<br>GARRY BRADFORD |

///

////

**FINDINGS AND ORDER**

IT IS SO ORDERED this 12th day of August, 2014.

_____
Troy L. Nunley
United States District Judge