BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
JARED C. DOLAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:11-CR-54 TLN & 2:11-CR-00171 TLN |
|---|---|
| Plaintiff, | **STIPULATION REGARDING SCHEDULE FOR JUDGMENT AND SENTENCING; ORDER** |
| v. | DATE: August 15, 2014 |
| MICHAEL BOLDEN, et al, | TIME: 9:00 a.m. |
| Defendants. | COURT: Hon. Troy L. Nunley |

### STIPULATION

1.   By previous order, this matter was set for Judgment and Sentencing on August 15, 2014.

2.   By this stipulation, the parties now move to continue Judgment and Sentencing until September 12, 2014 at 9:00 a.m.

3.   The parties agree that any informal objections to the PSRs be filed not later than August 22, 2014, that the FINAL pre-sentence reports be disclosed not later than August 27, 2014, that any Motions to Correct the PSRs be filed not later than September 3, 2014, and that any responses to those motions be filed not later than September 9, 2014.

IT IS SO STIPULATED.

Dated:  August 12, 2014         BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ JARED C. DOLAN
                                JARED C. DOLAN
                                Assistant United States Attorney


Dated:  August 12, 2014         /s/ Jared Dolan for
                                MICHAEL HANSEN
                                Counsel for Defendant
                                MICHAEL BOLDEN


Dated:  August 12, 2014         /s/ Jared Dolan for
                                DOUGLAS BEEVERS
                                Counsel for Defendant
                                CHRISTOPHER JACKSON


Dated:  August 12, 2014         /s/ Jared Dolan for
                                CLYDE BLACKMON
                                Counsel for Defendant
                                VICTOR ALVARADO


Dated:  August 12, 2014         /s/ Jared Dolan for
                                ANTHONY WILLIAMS
                                Counsel for Defendant
                                ERICA ARCEO


Dated:  August 12, 2014         /s/ Jared Dolan for
                                J. TONEY
                                Counsel for Defendant
                                NICHOLO ARCEO


Dated:  August 12, 2014         /s/ Jared Dolan for
                                PETE KMETO
                                Counsel for Defendant
                                GARRY BRADFORD

///

////

STIPULATION RE: SCHEDULED FOR J&S; ORDER           2

**FINDINGS AND ORDER**

IT IS SO ORDERED this 12th day of August, 2014.

_____
Troy L. Nunley
United States District Judge