Judge Troy L. Nunley
501 I Street
Courtroom 2, 15th floor
Sacramento, Ca. 95814

FILED
AUG 14 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

August 2014

Honorable Judge Nunley, 2:11-CR-54-TLN

It is with great respect and a heavy heart that i write this letter to you today. I am specifically writing you to provide an inside view into the humanities of my brother, Christopher John Jackson, date of birth 10/1/1967. And to circumvent misconceptions about his integrity.

We come from a very loving and spiritual family. Early on our parents instilled core values of kinship, respect and a compassion for others. They motivated us to always do our best and strived to provide us with the best opportunities in our community and life in general. Chris has an endless heart because of these roots. He has always embraced those in need and given what he had so others benefited from his anonymous generosity. He is multi-dimensional and complex yet basic and simple. I have known him all of my life and can therefore say that his true intentions are not of malice and harm but moreso of encouragement for common opportunities and enviromental enrichment. He has believed in and endorsed Sacramento's youth and urban blight neighborhoods. He has given unconditionally to our family and encouraged us to make the most of who we are as individuals. He is a nurturing source of restoration and faith for his children. We all cherish him.

I have great empathy for and share distress with those that have lost money, property, assets and even more based on advice or business transactions authorized by Chris. I wholeheartedly understand the severity of the charges he is convicted of. The gravity of it all is breathtaking. Our judicial system has deemed him guilty and he must now live the life imposed upon him at sentencing.

With that said, I am hopeful that you will consider some leniency within the perimeters of your authority and give him the opportunity to serve a sentence where he can be active and present in the lives of his children and grandchildren at it's completion. I remain prayerful that you are a judge who believes in giving second chances. That you believe in persons who have been deemed guilty, to still have an opportunity to live amongst us, where there is rehabilitation, grace and forgiveness... A future where he can freely repay his debts and enrich society productively.

Sincerely,

Yvette M. Glover
Yvette M. Glover

CC: Douglas Beevers, Federal defender