Judge Troy Nunley

501 I Street

Courtroom 2, 15th Floor

Sacramento, CA 95814

August 11, 2014

2:11CR0054 TLN

Dear Judge Nunley,

I'm writing to you today on behalf of Christopher John Jackson. Based on some of his recent actions, he resembles to some a representation of wrong but to me, his youngest brother, he has and is so much more.

Prior to moving to Sacramento, our family was based in South Central Los Angeles, where upon the separation of my parents, my sister and oldest brother Chris took on the responsibility of raising my other brother and I. This was accomplished without much in the way of resources but with a plentitude of love, compassion, and encouragement. I can stand before anyone today and state that were it not for the sentiment of Christopher Jackson, I would not be what I am today: an administrator at a major University, a husband and father of two, and in many ways, a fair man. Chris helped me believe in myself academically and athletically in the absence of a father. I also got to witness firsthand his compassion for youth in many ways: going to underprivileged neighborhoods, coaching and providing from his own resources prior to this unfortunate and tragic infraction. My brother was more than a brother to me...my brother was a role model, and an inspiration. I believe that he still could be to not just myself but to many others as well.

What my brother Chris did and is being judged for, was admittedly, not fair to those who lost so much as a result. For this my family and I recognize what must now happen. While we cannot go back in time and reverse what happened, I do believe Chris and our family have acknowledged the damage done and would love to ask you for leniency to provide not only the opportunity to learn from this experience in a productive way but also to teach his children and grandchildren by being able to be a part of their lives. Living in Michigan, when I got the opportunity to travel and visit with Chris this summer, I got the chance to hear from him how much he regretted this slip in judgment and awareness and how ashamed he was in the person it made him look like. From our beginnings we always had the resolve to not be in the predicament he now faces but to work to be productive citizens. He realizes that several people have and still do depend on him to be a positive figure in their lives and to be able to speak and teach from this perspective would be invaluable not only in his life but others as well. I believe this can happen in many other ways but am at your mercy to determine the method.

I recognize the task on your shoulders is complicated in balancing the needs of those wronged with what is good for the person who did the wrongdoing. What I am asking you for is consideration of leniency in this process. Consideration of alternate methods of accountability, be that through community service

or being located close enough to be involved in the lives of his family in California.  I ask this of you with full respect for your position and gratitude for taking time to read this.

Sincerely,

*Marcus Jackson*

Marcus Jackson


CC: Douglas Beemer, Federal Defender