**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl J. Calnero, SBN 117590
Martin N. Jensen, SBN 232231
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Non-Parties
STEWART TITLE OF PLACER, BOB BAKER and CLARK DAVENPORT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR. S-11-00054 |
| Plaintiff, | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| v. | |
| CHRISTOPHER JACKSON, | |
| Defendant. | |

WHEREAS the attached application was granted by the Honorable Troy L. Nunley, Judge of the U.S. District Court for the Eastern District of California, the named custodian, the Sacramento County Main Jail, IS HEREBY DIRECTED to produce and deliver the named detainee, Christopher Jackson, before the Honorable Judge Robert C. Hight (Department 47) of the Sacramento County Superior Court, located at 720 Ninth Street, Sacramento, California 95814 on September 17-18, 2014 at 8:30 a.m., and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

Dated: August 25, 2014

_____
Troy L. Nunley
United States District Judge

1
WRIT OF HABEAS CORPUS AD TESTIFICANDUM