CAED 435
(Rev. 1/14)

United States District Court, Eastern District of California

**FOR COURT USE ONLY**
**DUE DATE:**

**TRANSCRIPT ORDER**

*You **must** provide the name of the Reporter.*

| 1. NAME | 2. EMAIL | 3. PHONE NUMBER | 4. DATE |
|---|---|---|---|

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. FROM | 12. TO |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. CITY | 15. STATE |

16. ORDER FOR

| ⇨ APPEAL | ⇨ CRIMINAL | ⇨ CRIMINAL JUSTICE ACT | ⇨ BANKRUPTCY |
|---|---|---|---|
| ⇨ NON-APPEAL | ⇨ CIVIL | ⇨ IN FORMA PAUPERIS | ⇨ OTHER *(Specify)* |

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTION(S) | DATE(S) | REPORTER | PORTION(S) | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ⇨ VOIR DIRE | | | ⇨ TESTIMONY (Specific Witness) | | |
| ⇨ ENTIRE TRIAL | | | | | |
| ⇨ SENTENCING | | | | | |
| ⇨ MOTION HEARING | | | ⇨ OTHER (Specify) | | |
| ⇨ STATUS HEARING | | | | | |
| ⇨ CHANGE OF PLEA | | | | | |
| ⇨ PRE-TRIAL PROCEEDING | | | | | |

18. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ⇨ | ⇨ | NO. OF COPIES | | |
| 14-Day | ⇨ | ⇨ | NO. OF COPIES | | |
| EXPEDITED | ⇨ | ⇨ | NO. OF COPIES | | |
| DAILY | ⇨ | ⇨ | NO. OF COPIES | | |
| HOURLY | ⇨ | ⇨ | NO. OF COPIES | | |
| REALTIME | ⇨ | ⇨ | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE | PROCESSED BY |
|---|---|
| 20. DATE | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |