| CAED 435 (Rev. 1/14) | United States District Court, Eastern District of California | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|
| *You **must** provide the name of the Reporter.* | **TRANSCRIPT ORDER** | | |

| 1. NAME | 2. EMAIL | 3. PHONE NUMBER | 4. DATE | |
|---|---|---|---|---|
| 5. MAILING ADDRESS | | 6. CITY | 7. STATE | 8. ZIP CODE |
| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | | |
| | | 11. FROM | 12. TO | |
| 13. CASE NAME | | LOCATION OF PROCEEDINGS | | |
| | | 14. CITY | 15. STATE | |

| 16. ORDER FOR | | | |
|---|---|---|---|
| ❯ APPEAL | ❯ CRIMINAL | ❯ CRIMINAL JUSTICE ACT | ❯ BANKRUPTCY |
| ❯ NON-APPEAL | ❯ CIVIL | ❯ IN FORMA PAUPERIS | ❯ OTHER *(Specify)* |

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTION(S) | DATE(S) | REPORTER | PORTION(S) | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ❯ VOIR DIRE | | | ❯ TESTIMONY (Specific Witness) | | |
| ❯ ENTIRE TRIAL | | | | | |
| ❯ SENTENCING | | | | | |
| ❯ MOTION HEARING | | | ❯ OTHER (Specify) | | |
| ❯ STATUS HEARING | | | | | |
| ❯ CHANGE OF PLEA | | | | | |
| ❯ PRE-TRIAL PROCEEDING | | | | | |

18. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ❯ | ❯ | NO. OF COPIES | | |
| 14-Day | ❯ | ❯ | NO. OF COPIES | | |
| EXPEDITED | ❯ | ❯ | NO. OF COPIES | | |
| DAILY | ❯ | ❯ | NO. OF COPIES | | |
| HOURLY | ❯ | ❯ | NO. OF COPIES | | |
| REALTIME | ❯ | ❯ | | | |

| CERTIFICATION (19 & 20) By signing below, I certify I will pay all charges (deposit plus additional). | | ESTIMATE TOTAL | |
|---|---|---|---|
| 19. SIGNATURE | | PROCESSED BY | |
| 20. DATE | | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | | COURT ADDRESS | |
| | DATE | BY | |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | |