BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
JARED C. DOLAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-54 TLN |
|---|---|
| Plaintiff, | NOTICE OF SUPPLEMENTAL AUTHORITY |
| v. | DATE: September 12, 2014 |
| CHRISTOPHER JACKSON, | TIME: 9:00 a.m. |
| Defendants. | COURT: Hon. Troy L. Nunley |

As the Court considers what kinds of sentencing disparities are *warranted* under 18 U.S.C. § 3553(a)(6), the United States respectfully requests that the Court examine the Ninth Circuit's teaching in *United States v. Carter*, 560 F.3d 1107, 1121 (9th Cir. 2009) (defendants who cooperate are not similarly situated), and *United States v. Monroe*, 943 F.2d 1007, 1017 (9th Cir. 1991) (defendant who went to trial was not similarly situated with defendant who had participated in same conduct but had a plea agreement to lesser charges).

Dated: September 10, 2014

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ MATTHEW D. SEGAL
MATTHEW D. SEGAL
JARED C. DOLAN

Assistant U.S. Attorneys