HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER JACKSON,<br><br>Defendant. | Case No. 2:11-cr-054 TLN<br><br>Notice of Appeal |

Notice is hereby given that Christopher Jackson appeals the sentence the district court imposed to the United States Court of Appeals for the Ninth Circuit.

Dated:  September 18, 2014

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ DOUGLAS J. BEEVERS*
DOUGLAS J. BEEVERS
Attorneys for Defendant