```
BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>          v.<br><br>MICHAEL BOLDEN, ET AL<br><br>                     Defendants. | CASE NO. 2:11-CR-0054 TLN<br><br>STIPULATION CONTINUING RESTITUTION HEARING TO NOVEMBER 20, 2014; ORDER<br><br>DATE: November 13, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.      By previous order, this matter was set for a restitution hearing on November 13, 2014.

2.      By this stipulation, the parties now move to continue the restitution hearing until November 20, 2014. The government is in the process of creating a proposed stipulation setting the amount of restitution for each defendant. The government expects to submit that stipulation to defense counsel by the end of the week. If accepted, the stipulation would obviate the need for a hearing.

3.      Accordingly, the parties request that the restitution hearing be continued to November 20, 2014.

IT IS SO STIPULATED.

STIPULATION RE: RESTITUTION HEARING; FINDINGS AND ORDER

1

Dated: November 12, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ JARED C. DOLAN
JARED C. DOLAN
Assistant United States Attorney

Dated: November 12, 2014

/s/ Michael Hansen
MICHAEL HANSEN
Counsel for Defendant
MICHAEL BOLDEN

Dated: November 12, 2014

/s/ Douglas Beevers
DOUGLAS BEEVERS
Counsel for Defendant
CHRISTOPHER JACKSON

Dated: November 12, 2014

/s/ Clyde Blackmon
CLYDE BLACKMON
Counsel for Defendant
VICTOR ALVARADO

Dated: November 12, 2014

/s/ J Toney
J. TONEY
Counsel for Defendant
NICHOLO ARCEO

Dated: November 12, 2014

/s/ Anthony Williams
ANTHONY WILLIAMS
Counsel for Defendant
ERICA ARCEO

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 12th day of November, 2014.

Troy L. Nunley
United States District Judge

2