BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL BOLDEN, ET AL <br><br> Defendants. | CASE NO. 2:11-CR-0054 TLN <br><br> STIPULATION CONTINUING RESTITUTION HEARING TO DECEMBER 4, 2014; ORDER <br><br> DATE: November 20, 2014 <br> TIME: 9:30 a.m. <br> COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.  By previous order, this matter was set for a restitution hearing on November 20, 2014.

2.  By this stipulation, the parties now move to continue the restitution hearing until December 4, 2014. The government has submitted proposed restitution figures to the defendants settting the amount of restitution for each defendant. The parties anticipate continuing to work together in an attempt to reach a final stipulation as to the amount of restitution to be ordered in this case. If accepted, the stipulation would obviate the need for a hearing.

3.  Accordingly, the parties request that the restitution hearing be continued to December 4, 2014.

IT IS SO STIPULATED.

STIPULATION RE: RESTITUTION HEARING; FINDINGS AND ORDER

1

Dated: November 19, 2014         BENJAMIN B. WAGNER
                                 United States Attorney


                                 /s/ JARED C. DOLAN
                                 JARED C. DOLAN
                                 Assistant United States Attorney


Dated: November 19, 2014         /s/ Michael Hansen
                                 MICHAEL HANSEN
                                 Counsel for Defendant
                                 MICHAEL BOLDEN


Dated: November 19, 2014         /s/ Douglas Beevers
                                 DOUGLAS BEEVERS
                                 Counsel for Defendant
                                 CHRISTOPHER JACKSON


Dated: November 19, 2014         /s/ Clyde Blackmon
                                 CLYDE BLACKMON
                                 Counsel for Defendant
                                 VICTOR ALVARADO


Dated: November 19, 2014         /s/ J Toney
                                 J. TONEY
                                 Counsel for Defendant
                                 NICHOLO ARCEO


Dated: November 19, 2014         /s/ Anthony Williams
                                 ANTHONY WILLIAMS
                                 Counsel for Defendant
                                 ERICA ARCEO


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 19th day of November, 2014.

_____
Troy L. Nunley
United States District Judge