BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0054 TLN |
|---|---|
| Plaintiff, | STIPULATION CONTINUING RESTITUTION HEARING TO DECEMBER 11, 2014; FINDINGS AND ORDER |
| v. | |
| MICHAEL BOLDEN, ET AL | DATE: December 4, 2014 |
| Defendants. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.  By previous order, this matter was set for a restitution hearing on December 4, 2014.

2.  By this stipulation, the parties now move to continue the restitution hearing until December 11, 2014, at 9:30 a.m.  The government has submitted proposed restitution figures to the defendants settting the amount of restitution for each defendant.  The parties anticipate continuing to work together in an attempt to reach a final stipulation as to the amount of restitution to be ordered in this case.  If accepted, the stipulation would obviate the need for a hearing.

3.  Accordingly, the parties request that the restitution hearing be continued to December 11, 2014.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  December 2, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>/s/ JARED C. DOLAN<br>JARED C. DOLAN<br>Assistant United States Attorney |
| Dated:  December 2, 2014 | /s/ Michael Hansen<br>MICHAEL HANSEN<br>Counsel for Defendant<br>MICHAEL BOLDEN |
| Dated:  December 2, 2014 | /s/ Douglas Beevers<br>DOUGLAS BEEVERS<br>Counsel for Defendant<br>CHRISTOPHER JACKSON |
| Dated:  December 2, 2014 | /s/ Clyde Blackmon<br>CLYDE BLACKMON<br>Counsel for Defendant<br>VICTOR ALVARADO |
| Dated:  December 2, 2014 | /s/ J Toney<br>J. TONEY<br>Counsel for Defendant<br>NICHOLO ARCEO |
| Dated:  December 2, 2014 | /s/ Anthony Williams<br>ANTHONY WILLIAMS<br>Counsel for Defendant<br>ERICA ARCEO |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of December, 2014.

Troy L. Nunley
United States District Judge