UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>v.<br><br>CHRISTOPHER JACKSON,<br><br>    Movant. | No. 2:11-cr-0054 TLN CKD<br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Under Rule 4 of the Rules Governing Section 2255 Cases, the court must review all § 2255 motions and summarily dismiss any motion if it is plain that the movant is not entitled to relief. The court has conducted that review and finds that summary dismissal of the § 2255 motion is not appropriate. Therefore, respondent will be directed to file a response.

Movant has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in § 2255 proceedings. See, e.g., Irwin v. United States, 414 F.2d 606 (9th Cir. 1969). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2255 Proceedings. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at this time.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent is directed to file an answer within sixty days of this order. <u>See</u> Rule 4, Rules Governing Section 2255 Proceedings.

2. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings.

3. Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

4. The Clerk of the Court shall serve a copy of this order, together with a copy of defendant's motion, on the United States Attorney.

5. Movant's request for appointment of counsel is denied without prejudice to a renewal of the request at a later stage of the proceedings.

Dated: March 8, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
jack0054.207

2