# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-00054-TLN-CKD |
| Plaintiff, | |
| v. | |
| CHRISTOPHER JACKSON, | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendant. | **AD TESTIFICANDUM** |

Christopher Jackson, 65446-097, a necessary and material witness in a 28 U.S.C. § 2255 motion proceeding in this case on April 4, 2018, is confined in Federal Correctional Institution – Sheridan, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **by telephone** for a hearing before Magistrate Judge Carolyn K. Delaney on Wednesday, April 4, 2018 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate **by telephone** for a motion hearing at the time listed above, until completion of the proceeding or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, FCI - Sheridan, 27072 Ballston Road, Sheridan, OR 97378:**

**WE COMMAND** you to produce the inmate named above to testify **by telephone** before Judge Delaney at the time listed above, until completion of the motion hearing or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: March 23, 2018

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE