# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-0054 TLN CKD |
| Respondent, | |
| v. | ORDER |
| CHRISTOPHER JACKSON, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On April 5, 2018, the court ordered Chief Assistant Federal Defender Benjamin Galloway to submit to the court for in camera review any documents from Office of the Federal Defender files which might be protected by attorney-client privilege or the attorney work product privilege as to movant's direct appeal. Mr. Galloway has provided those documents to the court, and the court has reviewed them.

Good cause appearing, IT IS HEREBY ORDERED that:

1. By nature of movant's claims, the attorney-client privilege and attorney work product privilege have been waived with respect to all of the documents reviewed: Bates stamp numbers 71-76.

/////

/////

2. Assistant United States Attorney Matthew Segal shall arrange to take possession of these documents from the undersigned's courtroom deputy by the close of business Friday, April 20, 2018.

3. The Clerk of the Court is directed to file documents Bates stamped 71-76 under seal.

Dated: April 17, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
jack0054.ads