UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:11-cr-00054-TLN-CKD-1 |
|---|---|
| Respondent, | |
| v. | ORDER |
| CHRISTOPHER JACKSON, | |
| Movant. | |

The court has reviewed the parties joint request to partially unseal documents. ECF No. 407. Good cause appearing, the request is granted and the sealed documents referenced in ECF Nos. 361 and 366 are ordered partially unsealed only to the extent that counsel shall receive a copy thereof.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to provide copies of the sealed documents filed at ECF Nos. 363 and 367 to AUSA Matthew Thuesen and Kresta Daly, counsel for movant, within 7 days from the date of this order.
2. For all other purposes, the previous sealing orders remain in effect. See ECF Nos. 361, 362, 366.

/////

/////

1

Dated:  October 18, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/jack0054.joint.unseal.modified.docx