UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-00054-TLN-CKD-1 |
| Respondent, | |
| v. | ORDER |
| CHRISTOPHER JACKSON, | |
| Movant. | |

The court has reviewed the parties' joint status report filed in compliance with the order dated October 4, 2022. ECF No. 412. Movant's counsel shall submit a supplemental status report within 30 days from the date of this order advising the court of: 1) the date by which defense interviews are expected to be completed; 2) a date by which movant's counsel can submit a witness list for the evidentiary hearing; and, 3) proposed dates for the hearing that movant's counsel and all witnesses are available. Respondent is directed to file a reply within 14 days thereafter only if there is a conflict with any of the proposed evidentiary hearing dates. Following expiration of these deadlines, the court will calendar the evidentiary hearing in accordance with the parties' status reports and will issue a writ of habeas corpus ad testificandum to secure movant's presence for the hearing.

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's counsel file a supplemental status report in accordance with the terms of

this order within 30 days.

2. Respondent file a reply within 14 days after the filing date of the supplemental status report only if there is a scheduling conflict with any of the proposed evidentiary hearing dates.

Dated: November 28, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/jack0054.sr.defense.docx