UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:11-cr-00054-TLN-CKD-1 |
|---|---|
| Respondent, | |
| v. | ORDER |
| CHRISTOPHER JACKSON, | |
| Movant. | |

Movant, represented by court-appointed counsel, seeks relief pursuant to 28 U.S.C. § 2255 from his 360 month sentence on six counts of wire fraud. ECF No. 353. The court has reviewed the parties' status reports filed in this matter. ECF Nos. 412, 416. Based on the court's calendar and the time required to transport movant, the court sets the evidentiary hearing in this case for March 8-9, 2023 at 9:00 a.m. in Courtroom #24 on the 8th floor at the United States Courthouse, 501 I Street, Sacramento, CA 95814. At the evidentiary hearing, the parties may address both prongs of Strickland v. Washington, 466 U.S. 668 (1984), in light of movant's claim that his trial attorney failed to inform him that his maximum sentencing exposure on all counts was 120 years. By separate order, the court will issue a writ of habeas corpus ad testificandum to secure movant's presence for the hearing.

/////

/////

Accordingly, IT IS HEREBY ORDERED that this case is scheduled for an evidentiary hearing on March 8-9, 2023 at 9:00 a.m. in Courtroom #24 on the 8th floor.

Dated:  January 12, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/jack0054.evid.hearing.sch