UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,

  v.

CHRISTOPHER JACKSON,

    Movant.
_____/

No. 2:11-cr-00054-TLN-CKD-1

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM/FEDERAL CUSTODY**

    Christopher Jackson, inmate #65446-097, a necessary and material witness in proceedings in this case on March 8, 2023, is confined at the Federal Correctional Institution-Sheridan, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 8th Floor, Courtroom 24, United States District Courthouse, 501 I Street, Sacramento, California on March 8, 2023, at 9:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden, or any other duly authorized federal law enforcement officers, to produce the inmate named above to testify in United States District Court pursuant to 28 U.S.C. § 2241(c)(5) at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the United States Marshal for the Eastern District of California.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of FCI-Sheridan, 27072 Ballston Road, Sheridan, OR 97378:**

    **WE COMMAND** you, or any other duly authorized federal law enforcement officers, to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: January 12, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/jack0054.841