UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE CAROLYN K. DELANEY

| | |
|---|---|
| UNITED STATES<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER JACKSON<br><br>Defendant.<br>_____/ | Case 2:11-cr-0054 TLN-CKD<br><br><br><br>**MINUTES**<br><br>Date: 3/8/2023<br>Deputy Clerk: Lisa M. Kennison<br>Reporter: ECRO |

**Counsel for the Plaintiff:** Matthew Thuesen and Emily Sauvageau, Assistant US Attorneys
**Counsel for the Defendant:** Kresta Daly

### EVIDENTIARY HEARING:

| | |
|---|---|
| 9:00 AM | All counsel present as noted above. Defendant present, in custody. Housekeeping matters were discussed with the court and counsel. |
| 9:05 AM | Defense witness, Delano Demps, sworn and testified on direct. Examination conducted by Mr. Thuesen. Witness excused |
| 9:20 AM | Defense witness, Anita Demps, sworn and testified on direct. Examination conducted by Mr. Thuesen. Witness excused. |
| 9:35 AM | Defendant, Christopher Jackson, sworn and testified on direct. Examination conducted by Mr. Thuesen. |
| 10:30 AM | Court is in recess. |
| 10:40 AM | All parties present. Cross-examination continues. Redirect conducted by Ms. Daly. Witness excused. |
| 11:10 AM | Government witness, Linda Harter, sworn and testified on direct. Examination conducted by Ms. Daly. Witness excused. |
| 11:20 AM | Government witness, Professor Gabriel Chin, sworn and testified on direct. Examination conducted by Ms. Daly. Redirect conducted by Mr. Thuesen. Witness excused. |

| | |
|---|---|
| 11:50 AM | Government witness, Douglas Beevers, sworn and testified on direct. |
| 12:00 PM | Court is in recess. |
| 1:00 PM | All parties present. Direct continues by Ms. Sauvageau. Examination conducted by Ms. Daly. Redirect conducted by Ms. Savageau. Recross conducted by Ms. Daly. Witness excused. |
| 1:45 PM | The court will take the matter under submission. Ms. Daly suggests further briefing. The court denies further briefing. Court adjourned. |

**TIME IN COURT: 3 Hrs. 40 mins.**