UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>CHRISTOPHER JACKSON,<br><br>Movant. | No. 2:11-cr-0054-TLN-CKD<br><br><br><br>**ORDER** |

Movant, a federal prisoner proceeding through appointed counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 1, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Movant has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 1, 2023 (ECF No. 433) are ADOPTED IN FULL;
2. Petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 353) is DENIED;
3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253;
4. The Clerk of the Court is directed to close the companion civil case, No. 2:18-cv-0465-TLN, and to enter judgment; AND
5. The appointment of Kresta Daly as counsel for movant is hereby TERMINATED.

Dated: July 13, 2023

Troy L. Nunley
United States District Judge